Dawn Kennedy
April 29, 2020

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA


DAWN KENNEDY, ET AL.          : CIVIL ACTION
                              :
        vs.                   :
                              :
CITY OF PHILADELPHIA          : NO: 20-0395



- - -
Philadelphia, Pennsylvania
Wednesday, April 29, 2020
- - -


ORAL DEPOSITION of DAWN KENNEDY, taken
pursuant to notice, via Video Conference held in
the home of Dawn Kennedy, 1401 Yerkes Street,
Philadelphia, Pennsylvania 19150 commencing at
10:00 a.m., before Angela M. King, RPR, Court
Reporter - Notary Public there being present.

- - -


STREHLOW & ASSOCIATES
FULL SERVICE COURT REPORTING AGENCY
54 FRIENDS LANE, SUITE 116
NEWTOWN, PENNSYLVANIA 18940
(215) 504-4622
SERVING NJ, PA, NY & DE

19da90d5-a4d2-42ec-9274-b0c8434ecfa0

Dawn Kennedy
April 29, 2020

---

Page 2

1
2   A P P E A R A N C E S
3
4   WEISBERG LAW, P.C.
    BY: DAVID A. BERLIN, Esquire
5      (via Video Conference)
    7 South Morton Avenue,
6   Morton, Pennsylvania 19070
    Phone: (610) 550-8042
7   Email: dberlin@weisberglawoffices.com
       Representing the Plaintiff
8
9
10  CITY OF PHILADELPHIA LAW DEPARTMENT
    LABOR & EMPLOYMENT UNIT
11  BY: TIFFANY R. ALLEN, Esquire
       (via Video Conference)
12  1515 Arch Street, 14th Floor
    Philadelphia, Pennsylvania 19102
13  Phone: (215) 683-5083
    Email: tiffany.r.allen@phila.gov
14     Representing the Defendant
15
16
17
18
19
20
21
22
23
24

---

Page 3

1           I N D E X
2
3   WITNESS                     PAGE
4   DAWN KENNEDY(Sworn)
       (via Video Conference)        5
5
6   EXAMINATION
7   BY: MS. ALLEN            5,89
8   BY: MR. BERLIN            85
9
10
11        E X H I B I T S
12  NUMBER    DESCRIPTION        PAGE
13    1   PRESCREENING TEST PAPERWORK    39
14    2   DIRECTIVE 6.5           49
15    3   NOTICE OF TEST RESULTS      60
16    4   ORDER TO REPORT TO EMS      62
17    5   INTERNAL AFFAIRS INTERVIEW   62
18
19
20
21
22
23
24

---

Page 4

1              - - -
2           THE STENOGRAPHER:  It is hereby
3   stipulated and agreed by and between
4   counsel for all parties present, that
5   pursuant to 231 Pa. Code § 4002 this
6   deposition is being conducted by video
7   conference, that the court reporter, all
8   counsel, and the witness are all in
9   separate remote locations and participating
10  via video conference(Zoom) meeting under
11  the control of Strehlow & Associates Court
12  Reporting Service, that the officer
13  administering the oath to the witness need
14  not be in the place of the deposition and
15  the witness shall be sworn in remotely by
16  the court reporter after confirming the
17  witnesses identity; that this video
18  conference will not be recorded unless
19  previously noticed as a videotaped
20  deposition, and that any recording without
21  the express written consent of all parties
22  shall be considered unauthorized, in
23  violation of law and shall not be used for
24  any purpose in this litigation or

---

Page 5

1   otherwise.
2           It is further stipulated that
3   exhibits may be marked by the attorney
4   presenting the exhibit to the witness, and
5   that a copy of any exhibit presented to a
6   witness shall be emailed to or otherwise in
7   possession of all counsel prior to any
8   questioning of a witness regarding the
9   exhibit in question.
10          All parties shall bear their own
11  costs in the conduct of this deposition by
12  video conference.
13              - - -
14          (It is agreed by and between
15  counsel, that reading, signing, sealing, filing
16  and certification are hereby waived and all
17  objections, except as to form of the questions,
18  are reserved until the time of trial.)
19              - - -
20          DAWN KENNEDY, having been duly
21  sworn, was examined and testified as follows:
22              - - -
23          EXAMINATION
24              - - -

2 (Pages 2 to 5)

19da90d5-a4d2-42ec-9274-b0c8434ecfa0

Dawn Kennedy
April 29, 2020

Page 6

1  BY MS. ALLEN:
2  Q. Good morning, Ms. Kennedy.
3  A. Good morning.
4  Q. My name is Tiffany Allen.  I represent the
5  City of Philadelphia in this matter.
6     Can you, please, state your full name for the
7  record?
8  A. Dawn Monique Kennedy.
9  Q. And are you known by any other aliases or
10 other names?
11 A. Dawn Monique Benton and Dawn Monique Briddell.
12 That is my maiden name.
13 Q. Briddell?
14 A. Yes.  That's my maiden name.
15 Q. Can you spell that for the record, please?
16 A. B -- B as in boy, r-i-d-d-e-l-l.
17 Q. And what is your current marital status?
18 A. Single.
19 Q. So as you know, I am here to ask you a series
20 of questions relevant to your case.  If there is
21 any question that I ask you today that you do not
22 fully understand, please, just let me know.  And I
23 can do my best to rephrase the question or clarify
24 it so that we are on the same page, okay?

Page 7

1  A. Okay.
2  Q. Okay.  If you answer a question, I'm going to
3  assume that you understood the question and that
4  you are answering it accordingly.  So, it's really
5  important that you tell me that you don't
6  understand something that I am asking you.
7  A. Okay.
8  Q. As you see, Ms. King is here, and she is
9  transcribing everything that is being said today.
10 So, it's really important that we both speak
11 clearly, speak loudly.  I know on this video
12 conference platform, we can kind of go in and out.
13 So, there may be times where Ms. King will ask you
14 to repeat something.  That's just so we can have a
15 clear record.
16 A. Okay.
17 Q. Also, because the record is written, it's
18 typed, anything like a gesture, nods of the head
19 or sounds like uh-uh or uh-huh, they will not come
20 across clearly on the record.  So, I need verbal
21 answers, yes or no.
22 A. Okay.
23 Q. Not sure how long this deposition will take.
24 It shouldn't take too long.  But if you need a

Page 8

1  break for any reason -- go to the bathroom,
2  something like that -- just let us know.  The only
3  instruction with that is to answer the question
4  that was asked so we can have, again, a clear
5  record.  And then you can take that break and come
6  back, and we can resume the questioning.
7     Is that fair?
8  A. That's fine, yes.
9  Q. And most importantly, although this deposition
10 is not taking place in the office or we are over
11 Zoom, you are still under oath.  And that oath has
12 the same meaning and effect as if we were in a
13 courtroom.
14 A. Okay.
15 Q. Do you have -- are you having any problems
16 with your memory today that will prevent you from
17 answering accurately or understanding the
18 questions that will be asked?
19 A. No.
20 Q. One of the other most important instructions
21 is, please, do not guess.  No one here wants you
22 to guess an answer.  It's perfectly fine for you
23 to say "I don't remember, I don't recall."  But if
24 you give me an answer, I'm going to assume that

Page 9

1  it's an accurate answer and not a guess.  So, I
2  would rather you say you don't remember something
3  then to just say an answer and it be a guess.
4     You understand that?
5  A. Yes, I do.
6  Q. Okay.  And also lastly, if you ever need to
7  change an answer or if you remember or you want to
8  clarify an answer, just let me know, oh, I am
9  going back.  I want to rephrase or clarify this
10 answer.
11    And also, I ask that you do not -- that you --
12 if you don't know an exact time frame, it's okay
13 to approximate or guess -- I mean, approximate or
14 estimate.  I'm sorry.
15 A. Okay.
16 Q. Going too fast.  Just let me know.  Oh, I
17 approximate it was around this time.  It was maybe
18 in March or maybe in April if you don't know the
19 exact date.
20 A. All right.
21 Q. Have you ever been deposed before?
22 A. Have I ever been what?
23 Q. Deposed before.
24    Have you ever had your deposition taken?

3 (Pages 6 to 9)

19da90d5-a4d2-42ec-9274-b0c8434ecfa0

Dawn Kennedy
April 29, 2020

Page 10

1   A. No.
2   Q. And did you prepare for today's deposition?
3   A. Did I prepare for it?
4   Q. Meaning, did you review any documents?
5   A. I talked to my lawyer about it. But, yeah, I
6   went over some dates.
7      Can you hear me?
8   Q. Yes, I can hear you. Your video froze, but we
9   can hear you.
10  A. Okay.
11  Q. And do you have any of those documents with
12  you now?
13  A. Yes.
14  Q. Okay. If those documents are anything that
15  were not previously produced to your attorney or
16  produced to me, I would just ask you send a copy
17  to your attorney so he can give them to me.
18  A. Okay.
19  Q. Other than discussions with your attorney, did
20  you speak about this case with anyone else?
21  A. Family members.
22  Q. Do you expect any of those family members to
23  be called as witnesses?
24  A. Possibly my son because he was there on the

Page 11

1   initial interaction with the Police Department
2   when it all started.
3   Q. What is your son's name?
4   A. Darrien. It's D-a-r-r-i-e-n Kennedy.
5   Q. And how old is Darrien?
6   A. Twenty-nine.
7   Q. Anyone else?
8   A. Lashay Kennedy. She was also at the home, as
9   well.
10  Q. And who is --
11  A. That's -- she's his wife, my daughter-in-law.
12  Q. Okay. And when you say they were present when
13  everything happened with the Police Department,
14  what day or date are you talking about?
15  A. Talking about March. Not sure the exact date,
16  but it was March. They came to the -- to my home.
17  I was staying with my son and his wife at the
18  time. And that's when they came to the house with
19  the -- you know, to take my gun and everything.
20  Q. Is that the day -- are you talking about the
21  day that you were told about the test results?
22  A. Yes.
23  Q. I have in my record that's around March 26 of
24  2019.

Page 12

1      Does that sound right to you?
2   A. Yes.
3   Q. Is there anyone else besides your son Darrien
4   and his wife?
5   A. No. No one else.
6   Q. I noticed that in your Answers to
7   Interrogatories, you mentioned or you name
8   Danielle Austin.
9      Who is that?
10  A. She was a sergeant, one of my sergeants.
11  Q. At which district?
12  A. Thirty-fifth. And we worked -- we worked
13  Three Squad.
14  Q. And what's the Three Squad?
15  A. That's midnight-to-eight shift.
16  Q. And does she know about the claims in this
17  case?
18  A. She knows -- well, she knows about the
19  harassment.
20  Q. Okay.
21  A. Yeah, prior to the case.
22  Q. And we will get to that a little bit later.
23     So she would -- do you expect her to testify
24  as to any of the claims specific in this case?

Page 13

1   A. Yes.
2   Q. What did you discuss with Danielle Austin?
3   A. I guess, while we were at work several
4   occasions, I did go to her about harassment that I
5   was receiving because she was a supervisor.
6      So if my supervisor wasn't available, I would
7   speak to her.
8   Q. And what was the harassment?
9   A. I would say the -- it was always, like,
10  conversations around me, sexual conversations. I
11  would get details that the men wouldn't get -- one
12  occasion, I did a car stop. I was working solo.
13  I was working by myself, and I did a car stop.
14  And came over the air for backup and nobody
15  responded. And so, another supervisor had to come
16  over and have somebody try to back me up.
17     And that's when -- you know, that was part of
18  the harassment, just leaving me out there by
19  myself in. This was all after the complaint that
20  I put in. All of this transpired after the
21  complaint.
22  Q. When did you put in the complaint?
23  A. Now, I can't remember the exact date.
24  Q. Do you remember the year?

4 (Pages 10 to 13)

19da90d5-a4d2-42ec-9274-b0c8434ecfa0

Dawn Kennedy
April 29, 2020

Page 14

1     A. It was the end part of 2018. I would say
2  around October or November.
3     Q. And who did you submit that complaint to?
4     A. To -- it had to go through the chain of
5  command, so I submitted the complaint to my
6  Sergeant.
7     Q. Who was your Sergeant?
8     A. It was Sergeant Shaun Butts -- and that's with
9  two T's -- and my Lieutenant Dougherty.
10    Q. Do you know if this complaint ever made it to
11  Internal Affairs?
12    A. I'm not sure. I don't think it did.
13    Q. What was the basis of the complaint to
14  Sergeant Butts and Lieutenant Dougherty?
15    A. You said what was the date?
16    Q. The basis.
17    A. Oh, the basis. The basis was, I was pretty --
18  I was the only female officer that would be at
19  roll call on several nights. And I would be in
20  the room with several male officers. I would say
21  between -- it could be anywhere between seven to
22  ten, maybe more, officers. And they would usually
23  talk sexual content around me.
24     And one particular -- I had made complaints

Page 15

1  about it prior to this particular night. But on
2  this particular night, the conversation was a
3  little -- was a lot more vulgar. So, I got tired
4  of it.
5     I left the room, waited for the supervisor to
6  come in to do the roll call. I went back in
7  behind him. And after roll call was over, that's
8  when I went to the supervisor and told him what
9  happened and, you know. And that's when it all
10  started.
11    So, that's when I put the complaint on that
12  evening.
13    Q. Who was the supervisor that night that you are
14  talking about?
15    A. All three sergeants was there. It was
16  Sergeant Butts and Sergeant Gorman. Sergeant
17  Gorman and Lieutenant Dougherty.
18    Q. How do you spell Sergeant Gorman's last name?
19    A. G-o-r-m-a-n.
20    Q. Okay.
21    A. Uh-huh.
22    Q. And correct me if I'm wrong. You were saying
23  that the harassment and the car stop happened
24  after put this complaint in?

Page 16

1     A. Yes.
2     Q. Okay. Did anything else happen after this
3  2018 complaint?
4     A. The night of the complaint, I was working with
5  a partner this particular night. My partner, his
6  name is Lanell Jackson. Him and I were working
7  together, and there was a shooting in our
8  District. And him and I responded. He was the
9  driver and I was the recorder.
10    So when we got to the location of the
11  incident, there was several other officers on the
12  scene. So we -- after we were there for a few
13  minutes, my partner and I decided to go to our
14  previous radio call, which was -- I think it was a
15  burglary.
16    And so when we left the scene, another
17  Sergeant came over the air and asked -- and told
18  us to return. So, we went back to the scene. And
19  he walked over to my side of the window. I'm not
20  driving. I'm the passenger. And he says to us,
21  do you not understand what I said to do?
22    And so, we talked to him about it and
23  everything. He was very angry with us for
24  leaving. So, he told us to sit there. So later

Page 17

1  on after everyone left the scene, we were at one
2  end of the block and he was at the other end.
3  It's a one-way street. He goes over radio, and he
4  asks for me to come to his location.
5     So, I got out the car, put my hat on and
6  walked down the street to him. And it was well
7  after midnight when this happened, so it was dark
8  and it was raining. I will never forget the
9  night. And I walked up to him with my hat on.
10  And he walked and got in my face.
11    And he said to me: Did you not understand
12  what I told you to do? And I said: Well, yes, we
13  understood what we thought you -- you know, it
14  was -- you wanted us to go to our previous job.
15  And he was standing very close to my face.
16    And he said -- after we had more conversation
17  about it, he told me to shut up. When I tried to
18  explain, he said: Do not say another word. Now
19  this is in my face.
20    He said: Do not say another word, or you're
21  going to dig a deeper hole than the one that
22  you've already started digging.
23    Q. And who was this?
24    A. This was Sergeant O'Shaughnessy. I'm not sure

5 (Pages 14 to 17)

19da90d5-a4d2-42ec-9274-b0c8434ecfa0

Dawn Kennedy
April 29, 2020

Page 18

1    of his first name, but that's his last name.
2    Q.  You said this happened the same night that you
3    put the complaint in?
4    A.  Yes.
5    Q.  Were there any witnesses to this interaction?
6    A.  No, just him and I on the street.
7        And what happened was, after we left the
8    scened, after he left, you know, he left there and
9    I had to stand outside and hold the scene because
10   it was shell casings.  So, I had to stay.  My
11   partner was in the car at the other end of the
12   block.  I was very upset about it.  I went over
13   the air, and I asked to meet with my supervisor
14   which is -- (audio cuts out.)
15   Q.  I'm sorry.  You went out.
16   A.  (Witness audio continues to cut in and out.)
17   Q.  I'm sorry.  Ms. Kennedy, you went out after
18   you said you asked about -- to talk to your
19   supervisor.
20   A.  Yes.  Okay.
21       So, I went over there and asked to meet with
22   my supervisor, which is -- Sergeant Shaun Butts
23   was my immediate supervisor.  So, my partner and I
24   got back in the car.  And I met him at the 35th

Page 19

1    District parking lot and got in his car very
2    upset, crying and told him what happened.
3        And he said to me that he would speak to our
4    Lieutenant about what happened.  Nothing else
5    happened.  I didn't hear anything else about it
6    after that.  I was pretty much on my own.
7        They gave me a few minutes to get myself
8    together, and then I was back on the street.  And
9    the -- what I had a problem with is the fact that
10   I had a partner who was driving.  I was not the
11   drive, you know what I'm saying?  I had to keep
12   the reports and all that for those eight hours.
13       So what he said to me, I felt as though he
14   should have addressed me and my partner, not just
15   myself.  But when he said that I'm digging a
16   deeper hole than the one I started, don't say a
17   word, I felt intimidated.
18       So, that started it right there.  And it
19   just -- they just didn't do anything about it.  I
20   didn't hear another word.
21   Q.  Did you ever reach out to Internal Affairs on
22   your own?
23   A.  No.  Because you have to go by -- you know,
24   through the chain of command.  So, I felt -- I

Page 20

1    trusted that my supervisors -- because they came
2    across as though they were going to help me as far
3    as that's concerned.  Because last thing you want
4    to do is go to work and feel intimidated by your
5    supervisors every single night.
6        And that's how I felt, but nothing happened.
7    Q.  What about the Union?  Did you ever go to
8    speak with anyone at the FOP?
9    A.  Yes.  I went to the FOP.  And I, also, went to
10   the Employee Assistance for that instance, as
11   well.
12   Q.  Did you receive any guidance or help at either
13   the Employee Assistance or through the FOP?
14   A.  No help through the F -- well, no help through
15   the FOP.  I just got counseled at the Employee
16   Assistance.  They just talked to me.  It didn't go
17   no further.
18   Q.  After these incidents in 2018, did anything
19   change?  Like, did it get better or worse?
20   A.  It got worse.  Like I said about the -- you
21   know, the car stop not getting back until a
22   supervisor came over.  And what makes it -- how I
23   knew that no one wanted to respond is the fact
24   that we have MDTs in our car.

Page 21

1    Q.  What's that?
2    A.  It's when our -- it's our computer that we
3    have inside of our patrol cars where our jobs drop
4    down -- 9-1-1, you know, send our jobs to our
5    screens and we can see who is available and who is
6    not available, where everybody is.
7        So, I was looking at the screen.  And I saw
8    who was available, how many officers were
9    available that could have come over to back me up.
10   But it took a supervisor to come over the air and
11   say:  Who is available?
12       And that's when two officers said:  We will go
13   get her.  That was their exact words.
14       I can't remember the exact night, but that's
15   when, you know, it -- to me it got a little -- it
16   got a little out of control.
17   Q.  Do you remember how long that took
18   approximately?  Like, minutes?
19   A.  It took, I guess after I came over the air, I
20   would say maybe two, three minutes.  Maybe not
21   even -- maybe not even three minutes.  Probably,
22   like, two minutes.
23   Q.  And I don't know much about car stops or
24   calling for backup.  So, is two/three minutes

6 (Pages 18 to 21)

19da90d5-a4d2-42ec-9274-b0c8434ecfa0

Dawn Kennedy
April 29, 2020

Page 22

1   longer than normal?
2   A.  That's -- when there are officers available,
3   yes, that's too long.  Because normally when you
4   do a car stop and you're by yourself, you come
5   right over the air once you have the vehicle that
6   you stopped in a safe location.
7       You come right over the air, you give your
8   location.  And then radio will immediately ask for
9   backup.  And someone will come right over and say,
10  we are on our way.
11  Q.  I'm sorry.  Did you say you were alone?
12  A.  Yes.
13  Q.  Is there any reason you didn't have a partner
14  that night?
15  A.  Well, our last out, which is -- I'm midnight
16  to eight, we are -- it was a short night, I
17  believe.  But I had a specific grid that I worked
18  most nights, so -- and that's a solo grid.
19  Q.  Where is that grid?
20  A.  That grid, I worked the -- it was 100 Linton,
21  which covered several blocks in that area.  Linton
22  Street was a high crime block.  They had a few
23  shootings.  So, they had a vehicle that was
24  assigned to that -- to that -- what they called a

Page 23

1   grid every night for months.  And that was my
2   assignment for a lot of the nights that I worked.
3   Q.  And I'm not catching the street name.  Can you
4   spell it, please?
5   A.  Linton, L-i-n-t-o-n.
6   Q.  Okay.  And what area of the city is that in?
7   A.  That is in the Olney section.
8   Q.  Thank you.
9   A.  You're welcome.
10  Q.  Outside of your EEO complaints that you were
11  just talking about in 2018, did you ever make any
12  other Internal Affairs complaints?
13  A.  In the past, I have, that -- you know, when I
14  was in a different squad.  I was sexually
15  harassed.  I was touched three times by a
16  particular officer, that they had to wind up
17  moving from our district to another district.
18  Q.  Was that the 2014 complaint?
19  A.  I believe it was 2014, yes.  Against -- his
20  last name was Powers.
21  Q.  And was that situation, was it resolved?
22  A.  I don't know what the outcome was with him.
23  Like, I never got anything -- I never heard
24  anything else about him or, you know.  That

Page 24

1   touching thing, I thought that, you know, they
2   would have taken it further because he touched me,
3   physically squeezed my thigh twice and touched me
4   from behind.  And I don't know -- the only thing
5   that they did was move me from my squad and put me
6   into the Captain's office to try to keep him away
7   from me.  Like, they didn't move him right away.
8       So, he would still come to the Captain's
9   office just to see me back there.  And to the
10  point where they just had to wind up moving him
11  from the 35th District into the 39th District.
12  That's where he went.
13      And from there, I don't know what happened
14  with him.
15  Q.  Did you have any other issues with him after
16  he was moved to the 39th?
17  A.  No.
18  Q.  Outside of this lawsuit that we are here for
19  today, have you ever sued an employer for
20  discrimination?
21  A.  No.
22  Q.  Have you personally been involved in any other
23  civil lawsuits as a defendant?
24  A.  No.

Page 25

1   Q.  Have you been personally involved in any
2   criminal cases as a defendant or a witness?
3   A.  No.
4   Q.  Where were you born?
5   A.  Philadelphia.
6   Q.  Have you ever lived in any other states?
7   A.  No.
8   Q.  And what's your home address?
9   A.  1401 Yerkes, that's Y-e-r-k-e-s, Street,
10  Apartment B, Philadelphia, PA 19150.
11  Q.  Do you live with anyone?
12  A.  No.
13  Q.  Where did you go to high school?
14  A.  Martin Luther King.
15  Q.  And after high school, did you attend college?
16  A.  No.  I went into tech school.
17  Q.  Which tech school?
18  A.  I went to Gordon Phillips Beauty School.
19  Q.  Outside of Gordon Phillips and King, do you
20  have any other educational background?
21  A.  No.
22  Q.  What was your -- after you finished Phillips,
23  what was your first job?
24  A.  Hairstylist -- oh, I'm sorry.  My very first

7 (Pages 22 to 25)

19da90d5-a4d2-42ec-9274-b0c8434ecfa0

Dawn Kennedy
April 29, 2020

Page 26

1    job was when I was 14. I worked for ears, nose
2    and throat doctor.
3    Q. No, you were right. I said after Phillips.
4    A. Oh, okay. I'm sorry. Yeah. I was a
5    hairstylist.
6    Q. How long were you a hairstylist?
7    A. Oh, wow. I did hair from -- oh, wow. Till,
8    like, at a shop, because I still do hair?
9        Like, I don't understand.
10   Q. Well, I was going to try -- I am trying to get
11   through your -- how do you get to the Department,
12   so.
13   A. Okay. I was a hairstylist. I had -- I was a
14   hairstylist from, I think, until 2000.
15   Q. Okay.
16   A. Because I wasn't -- I wasn't working in the
17   salon when I went into the Police Academy.
18   Q. Okay. And what year did you begin the Police
19   Academy?
20   A. 2001. October 15, 2001.
21   Q. And do you remember when you graduated from
22   the Academy?
23   A. Yes. It was 2002.
24   Q. And where were you first --

Page 27

1    A. It was July of 2002.
2    Q. Okay. Where were you first assigned?
3    A. 35th District.
4    Q. And how -- do you remember who your
5    supervisors were at that time?
6    A. Oh, yes, I do. My first supervisor was
7    Sergeant -- he passed away. Sergeant -- oh my
8    gosh. I don't know why his name just slipped my
9    mind. It will come to me.
10   Q. Okay. If it comes back -- who was the
11   commanding officer at that time?
12   A. I can't remember.
13   Q. Okay. How long were you in the 35th District?
14   A. My whole career.
15   Q. Were you ever transferred to another district?
16   A. I was assigned to -- when I was injured, I was
17   assigned to the courthouse. I was court liaison
18   for six months.
19   Q. And what year was that?
20   A. That was 2018.
21   Q. So outside of your six-month restricted duty
22   as the court liaison, it's always been 35th
23   District?
24   A. Yes.

Page 28

1    Q. Now, I understand that you resigned at some
2    point?
3    A. Yes.
4    Q. What year was that?
5    A. Oh, hmmm. I can't remember. Oh, wow. I know
6    it was after 2009. I can't remember. I don't
7    know if it was -- I can't remember.
8    Q. Okay. Why did you resign from the Department?
9    A. For pers -- for family issues. Personal
10   issues.
11   Q. Do you remember how long that resignation was
12   before you reapplied?
13   A. It was a total of six months. That was with
14   the reapplying and the whole process.
15   Q. When you returned to the Police Department,
16   did you have to go through the Academy again?
17   A. No. I just had to, you know, requalify with
18   my service weapon.
19   Q. Did you go back to the 35th District?
20   A. Yes.
21   Q. When you left the Department the first time
22   and -- hold on. I'm going through -- I'm looking
23   through the file.
24       Was that around 2011? Does that sound right?

Page 29

1    A. Yes. Yes.
2    Q. Okay. When you resigned that time, did you
3    empty out your pension funds or your pension
4    account?
5    A. I did.
6    Q. When you returned to the 35th District, where
7    were you assigned?
8    A. I went to one -- I think it was 1B when I went
9    back.
10   Q. And what's 1B?
11   A. 1B is -- we have One Squad, Two Squad, Three
12   Squad. So, One and Two Squads, we have 1A, 1B and
13   1C, 2A, 2B and 2C.
14       So those Two Squads, they were shift work.
15   So, I would be either eight to four or four to
16   twelve. It was two weeks and two weeks.
17   Q. Were you a patrol officer, like, on the street
18   or were you somewhere else?
19   A. I did patrol. And I also did -- I worked the
20   Operations Room, as well, so wherever they needed
21   me.
22   Q. When you returned to the 35th, who was your
23   supervisor?
24   A. Captain McCluskey. He was my supervisor

STREHLOW & ASSOCIATES, INC.
(215) 504-4622

19da90d5-a4d2-42ec-9274-b0c8434ecfa0

Dawn Kennedy
April 29, 2020

Page 30

1    before I resigned the first time, as well. So,
2    Captain McCluskey, Sergeant -- it was a long time
3    ago. I can't remember who my sergeant was back
4    then.
5    Q. Okay. Now, when you first --
6    A. Captain --
7    Q. I'm sorry.
8    A. Yes. Captain McCluskey was my captain, yeah.
9    Q. Okay.
10   A. Before and after I came back.
11   Q. When you first joined the Department in 2001,
12   you were in the Academy.
13       Did you receive any EEO training?
14   A. No, I didn't.
15   Q. Throughout your employment with the city, have
16   you ever received any EEO training?
17   A. No.
18   Q. Without receiving any EEO training, did you
19   generally have an understanding about your ability
20   to report discrimination or retaliation?
21   A. Yes.
22   Q. And how did you have that understanding?
23   A. We would either get -- it was in our Directive
24   List.

Page 31

1    Q. Now, we talked early on about the
2    discrimination and harassment that you were
3    reporting back in 2018 and also the 2014 case.
4        Is there any other case that you reported for
5    discrimination or harassment outside of the issues
6    for this case regarding that drug test?
7    A. No.
8    Q. Okay. During your entire employment with the
9    Police Department, how many times would you say
10   you've been drug tested?
11   A. At least once every year, random.
12   Q. And with each test, did you always have to
13   submit to a hair test?
14   A. Not every test, no.
15   Q. How many hair tests have you given over your
16   employment with the city?
17   A. I would estimate about less than -- less than
18   ten.
19   Q. So outside of the hair test that we are here
20   for today in 2019, do you remember giving a hair
21   test before?
22   A. No. I don't recall giving hair for the test
23   prior -- before the test that -- the last time in
24   2019. I had not given hair in a while in years.

Page 32

1    Q. Since your reinstatement to the Department in
2    2012, do you recall if you gave a hair test prior
3    to 2019? So in that, I guess, six/seven year
4    period?
5    A. Well, when I came back to the job 2012, I had
6    to submit hair at the -- at our city doctor, 19th
7    and Fairmount. Had to go through the whole
8    process of physical and drug test. So they -- she
9    took hair and urine. And that was the last time I
10   remember giving hair.
11   Q. Okay. So, 2012 and then again for the case we
12   are here for today in 2019?
13   A. Yes.
14   Q. Did you file an EEOC charge in this case?
15   That means, like, with the EEOC agency did you
16   file a charge?
17   A. I don't think so, no.
18   Q. Well, before you -- how were you referred to
19   your attorney?
20   A. I'm sorry?
21   Q. How were you referred to your attorney?
22   A. Another person gave me his name, gave me the
23   attorney's name.
24   Q. Who was that?

Page 33

1    A. Danielle Austin.
2    Q. Does Danielle Austin also know about the hair
3    drug test?
4    A. Not mine.
5    Q. Okay. Who was your conversation with Danielle
6    for her to refer you to your attorney's office?
7    A. Well, I was searching for an attorney. And I
8    reached out to her after I, you know, looked and
9    tried to find an attorney because I knew she had
10   an attorney. And I just called her for -- to ask
11   her who was her attorney. That's how I got in
12   contact, you know, with my attorney.
13   Q. Okay. Was I correct that you didn't give her
14   any details about why?
15   A. No. No. I just asked her who her attorney
16   was. Because I knew she was -- they -- I thought
17   she had an attorney. That's why I asked her.
18   Q. Okay.
19   A. Yeah. Because I don't know too many
20   attorneys, so.
21   Q. The drug test that is the basis for this
22   complaint that was on March 20 of 2019, do you
23   believe that was a random test?
24   A. Yes.

9 (Pages 30 to 33)

19da90d5-a4d2-42ec-9274-b0c8434ecfa0

Dawn Kennedy
April 29, 2020

Page 34

1   Q.  And how were you notified that you were
2   selected?
3   A.  I wasn't.  I came -- I arrived at work that
4   night.  I was working in the Operations Room that
5   evening.  I walked in.  I saw Lieutenant Kay.  And
6   I jokingly said to him, oh, you here for me
7   because I had just recently had one a few months
8   prior.
9       So, he told me yes.  And that's how I found
10  out.
11  Q.  The test that you had a few months prior, was
12  that urine?
13  A.  It was urine, yes.
14  Q.  Was it anything else?
15  A.  I don't believe they took hair.  I can't
16  recall.
17  Q.  So when you walked into -- when you saw
18  Lieutenant Kay, can you just go through the
19  process of how you provide your samples?
20  A.  He takes me to a room, gives me paperwork and
21  gives me, you know, the cup.  Has me go down --
22  well, go to the ladies room, submit my urine.  I
23  seal it and give it back to him.  I signed the
24  papers.  And he cut hair -- cut my hair.

Page 35

1       Should I explain to you about the hair, about
2   the whole evening, what happened with the test?
3   Q.  Well, yeah.  I'm going to go into that, yes.
4   A.  Okay.  Okay.
5   Q.  No problem.  So when you say that he cut your
6   hair, do you remember what part of the body the
7   sample came from?
8   A.  Yes.  He took it from the back of my neck, my
9   neck area, the very bottom.  But prior to him
10  taking that hair, because I had my hair in crochet
11  braids.  And I told him that I had just saturated
12  the back of my hair with a hair growth oil that
13  was using.  And I offered to take out some of my
14  crochets because I know they normally take it from
15  the center of the head.
16      So, I offered to take some of my crochets out
17  to give him access to my hair.  And he told me
18  that it wasn't necessary.
19  Q.  What kind of oil were you using?
20  A.  It's called Wild Growth.
21  Q.  I'm sorry.  Can you say that again?
22  A.  Wild Growth.
23  Q.  Wild Growth.  Okay.
24  A.  Yeah.  Can I just get the oil, I still have

Page 36

1   it, just to double-check the name?
2   Q.  Okay.
3   A.  Okay.
4       (Witness goes to retrieve item.)
5       Yes.  It's called Wild Growth.
6   Q.  Can you put it to the camera?
7   A.  (Witness does as requested.)
8   Q.  A little closer.  I'm sorry.
9   A.  (Witness does as requested.)
10  Q.  Okay.
11  A.  Okay?
12  Q.  Yes.
13          MR. BERLIN:  And also, Tiffany,
14      just to jump in, I have pictures of this
15      stuff, so I can send it to you.
16          MS. ALLEN:  Yes.  Thank you.
17  BY MS. ALLEN:
18  Q.  Were you -- can you hear me, Ms. Kennedy?
19  A.  Yes, I can hear you.
20  Q.  You froze a bit, so I was just making sure.
21  A.  Okay.
22  Q.  Were you using any other hair products at that
23  time?
24  A.  No.  That was the newest product that I had

Page 37

1   used that particular night.
2   Q.  To your knowledge, does that product have any,
3   like, CBD or hemp oils in it?
4   A.  I believe it has hemp oil.
5   Q.  And prior to the night of your test, how long
6   were you using that product?
7   A.  Probably around maybe a week and a half to
8   two.
9   Q.  Okay.  So after he took the sample from the
10  nape of your neck, do you recall the length of the
11  hair that was taken?
12  A.  It was short.  It was very short.
13  Q.  So after you gave your samples, what happens
14  next?
15  A.  I signed the papers.  He put in the box, my
16  urine.  And that was it.
17  Q.  Okay.  I, actually, have -- actually, have the
18  papers that you signed.  But I'm not -- are you
19  able to access the Chat or any documents through
20  your phone?
21  A.  I don't know.
22  Q.  Okay.
23          MS. ALLEN:  Brian, I am going to
24      send over -- not really sure how to do

10 (Pages 34 to 37)

19da90d5-a4d2-42ec-9274-b0c8434ecfa0

Dawn Kennedy
April 29, 2020

Page 38

1    exhibits through Zoom.  But I am going to
2    send over what I was going to mark as an
3    exhibit.
4            MR. BERLIN:  Yeah.  You can just
5    email everything.  It's fine.
6            MS. ALLEN:  All right.  I will
7    email it over.
8            - - -
9            (At this time, the court reporter
10   explains to Counsel how to ShareScreen the
11   Exhibits so all can see via Zoom.)
12           - - -
13           (Exhibit shared on screen.)
14           MS. ALLEN:  Okay.
15   BY MR. BERLIN:
16   Q.  Ms. Kennedy, can you see this document?
17   A.  Okay, yes.
18   Q.  Okay.  Is this the paperwork -- I'm going to
19   scroll through it slowly and ask if this is the
20   paperwork you recall filling out?
21      (Begins scrolling through the document.)
22   A.  Yes.
23   Q.  Okay.  This is your signature?
24   A.  Yes, it is.

Page 39

1    Q.  Okay.
2            MS. ALLEN:  Angela and Brian[sic],
3    I will have these Prescreening Documents
4    marked as Exhibit 1 or -- yeah, one.
5            (At this time, Exhibit 1 was marked
6    for identification.)
7            - - -
8            (At this time, a discussion was
9    held off the record.)
10           - - -
11   BY MS. ALLEN:
12   Q.  Okay.  Other than telling -- you said it was
13   Lieutenant Kay who took the sample, or was it
14   someone else?
15   A.  No.  Lieutenant Kay.
16   Q.  Other than --
17   A.  I think it was --
18   Q.  I'm sorry.  What was that?
19   A.  You know, it was Sergeant -- I can't remember
20   his name, though.  But he usually does -- he
21   usually comes to the District to do the test.  I
22   can't remember his name.  It was Sergeant -- I
23   don't remember his name.  Yeah.
24   Q.  It was a Sergeant and not Lieutenant Kay?

Page 40

1    A.  Right.
2    Q.  Okay.  Other than telling that Sergeant about
3    recently using a hair oil, did you have any other
4    concerns with the method used to take your hair?
5    A.  Well, that I never had it taken from the back
6    of my neck.  I know that normally it's taken from
7    the center of your head.  But he took it from the
8    back of my neck, so I didn't -- that's why I
9    offered to give him a sample from the center of my
10   head.
11   Q.  Did you not use the oil in the center of your
12   head?
13   A.  No, just around the perimeter of my head.
14   Q.  After you gave the sample on March 20, when
15   was the next time you were contacted about this
16   drug test?
17   A.  The very next week.  It was on a Tuesday, I
18   believe.
19   Q.  Was that the day that you were informed about
20   the positive test results?
21   A.  Yes.
22   Q.  Is that the day that you were speaking about
23   earlier when your son and his wife was present?
24   A.  Yes.

Page 41

1    Q.  Okay.  And who informed you of those results?
2    A.  They -- Lieutenant Kay called me, and asked me
3    was I home.  And I told him, yes.  That was,
4    actually, my first night back to work actually --
5    yeah.  It was my first night.  I had called out
6    sick the day before, and I went in the next night.
7      So, it was my first night back.  And he told
8    me that he was going to come to my home and talk
9    to me about my drug test.
10   Q.  When you say that the called you, where did he
11   call you?  Was it the District or your cell phone?
12   A.  He called my cell phone.
13   Q.  Where were you living at the time?
14   A.  With my son and his wife, 3861 Frankford
15   Avenue.
16   Q.  You said 3861?
17   A.  Yes, Frankford Avenue.
18   Q.  Do you recall the time that Lieutenant Kay
19   came to your house?
20   A.  I would say approximately around 7:00 p.m.,
21   8:00.
22   Q.  Was anyone with him?
23   A.  Yes.  Sergeant, I think her last name was,
24   Williams.  I believe she works down at 19th and

11 (Pages 38 to 41)

19da90d5-a4d2-42ec-9274-b0c8434ecfa0

Dawn Kennedy
April 29, 2020

Page 42

1    Fairmount.
2    Q.  Okay.  And what was your conversation with
3    Lieutenant Kay that night?
4    A.  Well, when he came to the house, my son -- I
5    had my son come in the kitchen -- we went into his
6    kitchen.  I had my son come with me.  So, the four
7    of us went into the kitchen, closed the kitchen
8    door.
9        And that's when he told me.  He said, we are
10   here because you failed your drug test.  And I
11   said -- my exact words to him, I said, who?  Dawn
12   Kennedy?  And he said, yes, your urine sample came
13   back negative, but your hair tested positive for
14   marijuana.
15   Q.  And what were your thoughts at that time?
16   A.  I couldn't believe it.  I couldn't believe it
17   because I have never failed a drug test ever in my
18   life.  I have never smoked marijuana a day in my
19   life.  I can't even stand the smell of it.
20       And so, I was in disbelief.
21   Q.  Do you know or do you remember if Sergeant
22   Williams said anything?
23   A.  No, she didn't say anything at first.
24   Q.  Did she say something eventually?

Page 43

1    A.  She did.
2    Q.  What did she say?
3    A.  Well, what happens after the conversation
4    with -- after Lieutenant Kay explained to me
5    everything that I needed to do as far as, like,
6    doing a reconfirmation test and not to go to work
7    that night, have to take my weapon.
8        And after we went through all of that, my son
9    asked -- just not directly to her, but he asked
10   the question.  His question was, is it possible
11   that my mom could have walked pass somebody that
12   was smoking marijuana and it got in her hair?  And
13   the Sergeant said to him -- well, said -- she
14   answered the question.  She said, I have never
15   seen that happen.
16   Q.  Okay.  After this conversation with Lieutenant
17   Kay, your son and Sergeant Williams, what did they
18   do next?
19   A.  He asked me did I have my service weapon in
20   the house, which I did because I was going to work
21   that night.  And he said he needed to take it.
22   So, I went in and got my weapon.  Made it safe
23   because my grand -- I have little grandchildren,
24   so I made a safe in my bedroom.  And then, I

Page 44

1    brought it to him and signed my papers.
2        He told me to show up at 19th and Fairmount.
3    That was a choice if I wanted to do a
4    reconfirmation test.  They take a $80 money order.
5    And so, that was -- oh.  And he, also, told me
6    that I was going to have to show up to Internal
7    Affairs on that following Tuesday.
8        So, I then decided to go and do exactly what,
9    you know, he said as far as a reconfirmation test
10   because I knew that this couldn't be happening.
11   Like, I knew that this was a false test because
12   I've never smoked marijuana in my life.
13   Q.  Prior to the test on March 20, 2019, do you
14   know if you could have ingested any food or candy
15   or anything that may have been, like, laced or
16   prepared with marijuana?
17   A.  No.
18   Q.  Do you recall in the months prior to this
19   test, being present with other people using
20   marijuana?
21   A.  No.
22   Q.  Do you recall any time in the maybe, like,
23   three months prior being -- coming into contact
24   with a suspect or anyone that was smoking

Page 45

1    marijuana?
2    A.  Oh, well, yes.  Practically every night when I
3    came to work, you know, that was -- you know,
4    that's part of our job.  We arrest people that are
5    either selling it or smoking it.
6        And so every night, I was pretty much exposed
7    to marijuana regardless of whether I was working
8    in the Operations Room because that's where --
9    when the officers would arrest someone, they would
10   bring them in.  Marijuana would -- they would
11   leave it out on the counter while they were
12   filling out paperwork.
13       So, it was always -- it was always present.
14   Like our district was the district where the 14th
15   District and the 39th District would bring their
16   prisoners.  So, we were always a high traffic
17   district.  So we housed -- even the 5th District,
18   we housed all three of the other districts, their
19   prisoners and juveniles and all of that.
20       So, I was constantly around marijuana at work.
21   Q.  Do you recall touching the marijuana that may
22   have been present at work?
23   A.  I have had -- I have had a few arrests where
24   I, you know, had to touch marijuana.  Not actually

12 (Pages 42 to 45)

Dawn Kennedy
April 29, 2020

Page 46

1    touch the -- it was always in a bag, but I have
2    had to touch it or an officer would either ask me
3    to watch their prisoner, and the marijuana would
4    just be right there.
5    Q. When you -- I don't know what you mean by
6    "right there."
7    A. When I say "right there," I mean, like, just
8    laying out on the counter or, you know -- yeah, on
9    the counter.
10   Q. And would you touch it if it was on the
11   counter?
12   A. No.
13   Q. You mentioned that you were told to go to
14   both -- you said Employee Medical Services?
15   A. Yes.
16   Q. And you had an appointment or would it be an
17   interview with Internal Affairs?
18   A. Excuse me.
19   Q. Was one scheduled?
20   A. I'm sorry?
21   Q. Was an Internal Affairs interview scheduled?
22   A. For the harassment or anything?  No.  I
23   never --
24   Q. No.  For the -- I'm sorry, for this.  I

Page 47

1    thought you said something about a scheduling and
2    interview with Internal Affairs?
3    A. No.  I went to Employee Assistance.
4    Q. Were you given any directives regarding hair
5    testing or the reconfirmation test?
6    A. Yes.  Lieutenant Kay gave me a copy of that
7    particular directive.
8    Q. I am going to share my screen again.
9         (Exhibit shared on screen.)
10   BY MS. ALLEN:
11   Q. Can you see the document?
12   A. Yes.
13   Q. Is this the Directive 6.5 that you were
14   referring to?
15   A. It's kind of small on my screen.  I know it's
16   there.
17   Q. Is --
18   A. Okay.  I figured it out.  I was able to zoom
19   in.
20   Q. Okay.  It's a pretty long document.  I will
21   just kind of scroll.
22   A. Okay.
23   Q. (Begins scrolling.)
24      Are you still following me?

Page 48

1    A. Yes, I am.
2    Q. Okay.
3       (Continues scrolling through document.)
4            MS. ALLEN:  David, are you seeing
5       this?
6            MR. BERLIN:  Yup, I see it.
7            MS. ALLEN:  Okay.
8    BY MS. ALLEN:
9    Q. This is a section about the reconfirmation
10   testing?
11   A. Yes.
12   Q. Do you recall this?
13   A. Yes.
14   Q. Okay.  There is more.  I don't know.
15      Do you recall if Lieutenant Kay gave you the
16   entire directive, or only a certain part?
17   A. Just only -- it was just the -- I believe it
18   was just the reconfirmation section.
19   Q. Okay.
20   A. The beginning, I think, up to the -- yeah, the
21   policy and up to the reconfirmation.
22   Q. Okay.  And what instructions did he give you
23   regarding your rights to a retest?
24   A. Okay.  So the night that he came to my home,

Page 49

1    he told me that I could go the next day to 19th
2    and Fairmount to do a reconfirmation test, and
3    bring a $80 money order.
4            MS. ALLEN:  And I'm sorry, Angela
5       and David, I will have that directive
6       marked as Exhibit 2.
7            (At this time, Exhibit 2 was marked
8       for identification.)
9    BY MS. ALLEN:
10   Q. Did you have the money order and do the
11   reconfirmation test?
12   A. Okay.  So yes, I went and got the money order.
13   I went to 19th and Fairmount.  I was there before
14   they opened.  I got there.  And the doctor that I
15   was seeing was Dr. Hayes.  He's the doctor there.
16      I sat and waited for about maybe two, two
17   hours before he arrived.  I got there.  When he
18   got there, he had myself -- and the Sergeant that
19   was at my home the night before works there.  I
20   believe her last name is Williams.  She --
21   Q. You're right.  It's Williams.
22   A. Okay.  Okay.  So it was the doctor, myself and
23   Sergeant Williams, we went into his office.  Sat
24   down.  And he said, well, you know why you are

13 (Pages 46 to 49)

STREHLOW & ASSOCIATES, INC.
(215) 504-4622

Dawn Kennedy
April 29, 2020

Page 50

1    here. And I said, yes. He said, they are saying
2    that you failed your drug test. I said, I know
3    that's what they are saying.
4        So he said, well, you can do a reconfirmation
5    test. And he said there is -- it's showing that
6    the marijuana -- no. He's saying that, your drug
7    test showed negative in your urine, but positive
8    in your hair. So I told him, I explained to him,
9    I said, I don't know how that's possible because
10   I've never smoked marijuana.
11       I said, but I did bring all my medications.
12   And I did bring the hair oil that I just recently
13   started using in my hair. He said to me -- I
14   showed him the medication. I showed him the oil.
15   And he -- he pretty much -- he said that -- that
16   that wouldn't effect anything.
17       So at this point, I don't really know what to
18   do because I believe this is on -- yeah, it was
19   Thursday. So, I decided to go ahead and take the
20   other test. But Sergeant Williams who was sitting
21   to my left said to me that even if I take this
22   test and it comes back negative, which I believe
23   that it would have, that it would not matter. It
24   would not dismiss the first test, and that I would

Page 51

1    still have to show up to Internal Affairs that
2    Tuesday to sign my 30 days with intent.
3        So I said, then why would I still take the
4    test if I'm going to get fired anyway? You are
5    saying to me that it's not going to dismiss the
6    first test, so what's the purpose of the second
7    test. And so she was like, well, you can call the
8    FOP. And you can sit here and you can figure it
9    out and take your time and make a choice because I
10   only had from Thursday to Tuesday to make a
11   decision as to what I was going to do because I'm
12   about to lose my job over something that I know is
13   not -- is not true.
14       So, I called -- I left his -- well, once she
15   left his office, he said to me -- the doctor,
16   Dr. Hayes, he looked at me and said, this is BS.
17   He said, I am going to tell you the amount of
18   marijuana that they are saying is in your hair was
19   like having twelve zeros .2 in your hair. So, he
20   didn't even believe that it was true.
21       So anyway, so I waited -- excuse me. I left
22   his office. I called the -- immediately called my
23   Sergeant. I'm sorry, I called the FOP first. He
24   was my -- they were my first call.

Page 52

1    Q. Okay.
2    A. I didn't get an answer. I left a message.
3    Then I called my Sergeant to let him know what was
4    happening. But by that time, he had already known
5    what had happened because I --
6    Q. Which Sergeant?
7    A. Huh?
8    Q. Which Sergeant?
9    A. It was Sergeant Jason Reid. He was Sergeant
10   at the time.
11   Q. How does he spell Reid?
12   A. R-e-i-d.
13   Q. Okay. So, you called Sergeant Reid?
14   A. Yes. After I called the FOP, because I waited
15   for the FOP to call me back because I left a
16   message. But he already knew what happened,
17   because I wasn't -- they had to inform my Captain
18   and my Sergeant the night before because I didn't
19   show up to work. They took me off the street.
20       So, I told -- I talked to him a little bit,
21   then I waited. I called the FOP back. Someone
22   finally answered, and I told them that I needed
23   representation. I needed something to be done
24   because it was not accurate. The test was not

Page 53

1    accurate.
2        So, I was promised that someone would contact
3    me back. And no one did. Even till this day, no
4    one has yet to call me to back me up from the
5    Union.
6        So, I decided not to take the test there that
7    day. And she said because I had -- I believe she
8    said 14 days that I could take the test, the
9    reconfirmation test. It's a certain amount of
10   days you can go ahead and take it. But like I
11   said, I was -- they wanted me to report to
12   Internal Affairs that Tuesday to sign my paperwork
13   for 30 days with intent. So, I really didn't have
14   the time to think about it. Like, I had to figure
15   out what I was going to do as far as my life with
16   this job.
17       So, I went home. And I just -- honestly, I
18   just prayed -- prayed about it. And I just
19   decided that next morning, which was Friday,
20   instead of being fired, I decided that I was going
21   to go and take another test, an independent test
22   through my doctor.
23       And so, I went and got a referral. I went to
24   Lab Corp. And I made sure that marijuana was

14 (Pages 50 to 53)

19da90d5-a4d2-42ec-9274-b0c8434ecfa0

Dawn Kennedy
April 29, 2020

Page 54

1    listed as one of the tests that had to be taken,
2    so my doctor, they gave me a referral.  I went to
3    Lab Corp.  And the technician there took a nice
4    chunk of my hair from the center.  And I got the
5    results back that next week that it was negative
6    in my hair and in my urine.
7    Q.  Okay.  I am going to back up just a bit.  So
8    when you --
9    A.  Okay.
10   Q.  When you called the FOP and they answered,
11   who -- do you know who you spoke with?
12   A.  No.
13   Q.  Did you ever try calling the FOP since then?
14   A.  I called -- I called them six to seven times.
15   Q.  And of those six to seven times, how many
16   times did you actually speak with someone?
17   A.  Just the one.  One time when they told me that
18   someone was going to call me back.  And then, I
19   called after that about six, seven more times.
20   Q.  Is this all in the same day?
21   A.  At that particular day, when I was at 19th and
22   Fairmount, I called them approximately four times
23   that particular day because I was desperate.
24   Q.  You said that someone told you, you had 14

Page 55

1    days or so to do a reconfirmation test?
2    A.  I believe it's 14 days.  But yes, Sergeant
3    Williams told me that I could take it, you know, I
4    could wait and do it again.  But like I said, I
5    only had till Tuesday before I was going to sign
6    my 30 days with intent.
7    Q.  Did you ever reach out to Lieutenant Kay or
8    anyone about the process when -- or the waiting
9    process or period when you opt to take the
10   reconfirmation test?
11   A.  No.  Because Sergeant Williams pretty much
12   explained it to me.  She explained it to me.  But
13   she -- what threw me off with her was the fact
14   that she told me it wouldn't make a difference if
15   it came back negative.  I was still going to get
16   fired.
17       So I said, we don't -- we don't -- I don't get
18   a further investigation or, you know, be detailed
19   to a unit while we do further investigation?
20       Like I don't, you know -- I didn't understand.
21   Q.  Do you know if Sergeant Williams works in
22   Internal Affairs?
23   A.  Well, no.  I don't know if she actually works
24   in it -- well, she was there with Lieutenant Kay

Page 56

1    when he came to my house.  So, I don't know if
2    her -- well, she does the drug testing at 19th and
3    Fairmount.  So they are all, I guess, in the same
4    unit.  She just works at 19th and Fairmount where
5    officers have to go.
6    Q.  Okay.  What's the name of your -- you said you
7    went to your primary doctor for Lab Corp?
8    A.  Yes.
9    Q.  What's your primary doctor's name?
10   A.  His name is Dr. Gorti, G-o-r-t-i.  He's no
11   longer at that particular practice.
12   Q.  Which practice is that?
13   A.  Juniata Family Practice.
14   Q.  Okay.  And when you got the referrals from Lab
15   Corp, what did you -- what did you tell them?
16   A.  I just told them that I was there to have a
17   drug screening.  That was it.  I didn't tell them
18   anything about my job or the situation that I was
19   going through.  I just wanted to have a drug test.
20   Q.  Was that in person, or did you call the
21   practice?
22   A.  I called my -- I called my doctor first thing
23   that morning and told him that I needed a referral
24   to have a drug test.  I did tell him for my job,

Page 57

1    but I didn't get into details as to why.
2    Q.  And do you remember which Lab Corp location
3    you went to?
4    A.  It was in Bensalem.  I called two Philadelphia
5    branches, and they didn't do the hair tests.  So,
6    I found one in Bensalem that did both.
7    Q.  Okay.  And now, you said the technician took
8    hair from which part?
9    A.  She took a chunk of my hair from the center of
10   my hair.  So, I didn't have any crochets.  I just
11   had my hair out.  She took a big chunk of my hair
12   from the center of my head right down to my scalp.
13   Q.  Did that leave you with any type of bald spot?
14   A.  Yes.
15   Q.  Were you able to cover it with your hair?
16   A.  Yes.
17   Q.  And I notice that your hair is dyed today.
18       Was your hair dyed back then?
19   A.  When I had the initial drug test, no, my hair
20   wasn't dyed.  Because when I wear my crochets, I
21   don't dye my hair.  It's only when I take them
22   out.  Like, I just took my crochets out Sunday, so
23   then I dyed my hair because, you know.
24   Q.  So --

15 (Pages 54 to 57)

19da90d5-a4d2-42ec-9274-b0c8434ecfa0

Dawn Kennedy
April 29, 2020

Page 58

1    A. Wearing it in a bun.
2    Q. The initial test on March 20, you had your
3    crochet braids in.  You said your hair was not
4    dyed?
5    A. Right.  My hair that he took was black or,
6    like, a dark brown.  Yeah.
7    Q. The second test that you -- when you went to
8    Lab Corp, was your hair dyed?
9    A. No.  Just my very ends.  My roots were dark.
10   Q. What color were your ends?
11   A. Blonde.
12   Q. Do you recall, like, the length of hair that
13   was taken as a sample from Lab Corp?
14   A. Wow.  It was -- my hair was pretty long.  It
15   wasn't short hair.  It was long.  It was lengthy.
16   I would say -- I don't know in inches, but it was
17   pretty long.
18   Q. Would you say it was longer or more of a
19   sample or less of a sample than taken by the
20   Department?
21   A. It was way more than the sample that the
22   Department took.  Like, my hair is actually
23   shoulder length.  So, it was about that long.  It
24   was that long.

Page 59

1    Q. Okay.  Hold on.
2         (Documents shared on screen.)
3    BY MS. ALLEN:
4    Q. I am just showing you these documents just for
5    identification.
6         Can you see this document here?
7    A. Yes.
8    Q. Is this your signature at the bottom?
9    A. Yes.
10   Q. Do you recall -- do you remember signing this
11   document regarding your positive hair test?
12   A. Yes.
13   Q. And the date is March 26, 2019.  Is that right
14   to you?
15   A. Yes.
16   Q. And this talks about the directive that was
17   provided?
18   A. Yes.
19   Q. And the directive, that gives you ten days for
20   a retest?
21   A. Okay.  Yes, ten.  Yes.
22   Q. All right.
23        MS. ALLEN:  I'll have that marked
24      as Exhibit 3.

Page 60

1         (At this time, Exhibit 3 was marked
2    for identification.)
3         MS. ALLEN:  Here is the Directive
4    6.5 loading and the results one.
5    BY MS. ALLEN:
6    Q. There are a few more documents, Ms. Kennedy.
7    Bear with me, please.
8    A. Okay.
9    Q. Technology.
10        (Exhibit shared on screen.)
11   BY MS. ALLEN:
12   Q. Can you see this document here?
13   A. Yes.
14   Q. Is this your signature at the bottom?
15   A. Yes.
16   Q. Was this another document -- this is one
17   that's ordering you to go to EMS the following
18   day?
19   A. Yes.
20   Q. Was it something else that you went over with
21   Lieutenant Kay?
22   A. Yes.
23   Q. And the date at the top, can you see that as
24   March 26 --

Page 61

1    A. Yes.
2    Q. -- 2019?  Okay.
3         And this is all the same day that Lieutenant
4    Kay -- well, is this all the same day that
5    Lieutenant Kay was at your house?
6    A. Yes.
7    Q. Okay.  And I have one last one.
8    A. Okay.
9         (Exhibit shared on screen.)
10   BY MS. ALLEN:
11   Q. Do you -- is this your signature?
12   A. Yes.
13   Q. I notice the date on this one is March 27.
14   Can you see that?
15   A. Yes.
16   Q. Do you recall who scheduled this interview for
17   Internal Affairs?
18   A. No, I don't recall.
19   Q. I see Sergeant Williams' signature at the
20   bottom, but I am just not sure if this all
21   happened the day that they were at your house or
22   the following day?
23   A. This -- she gave me this the day that I went
24   to 19th and Fairmount.

16 (Pages 58 to 61)

19da90d5-a4d2-42ec-9274-b0c8434ecfa0

Dawn Kennedy
April 29, 2020

Page 62

1  Q.  Okay.  So, this is Tuesday, April 2, 2019 was
2  your appointment with Internal Affairs?
3  A.  Yes.
4  Q.  Did she explain to you in any more detail than
5  what you just gave me about what the interview
6  would have entailed?
7  A.  No, she didn't.  Just said it was -- I had go
8  to go -- I had to report there that Tuesday to
9  sign my 30 days of intent.  And that my second
10  test would not matter.
11  Q.  Okay.
12       MS. ALLEN:  Angela, the report to
13       EMS will be Exhibit 4 and then the IA
14       Exhibit will be 5.  I uploaded them all to
15       Chat.
16       David, are you okay with this?
17  Were you able to see?
18       MR. BERLIN:  Yeah.  I'm able to get
19       everything.
20       MS. ALLEN:  Just making sure.
21       (At this time, Exhibit 4 and
22       Exhibit 5 were marked for identification.)
23  BY MS. ALLEN:
24  Q.  All right.  So after you were with -- after

Page 63

1  you went to 19th and Fairmount and met with
2  Dr. Hayes, when did you -- I'm sorry, I just want
3  to be clear.
4       When did you call your doctor?
5  A.  I called my doctor that Friday morning because
6  the -- okay.  So, we talking Wednesday, Thursday,
7  Friday.  So that Friday morning, I called my
8  doctor as soon as they opened and told them that I
9  needed a referral.
10  Q.  And did you go immediately to Lab Corp after
11  that?
12  A.  Yes.  I drove straight from there and went
13  straight to Lab Corp.
14  Q.  After you submitted your sample to Lab Corp,
15  what did you do next?
16  A.  I went to 8th and Race to personnel and
17  retired -- resigned.
18  Q.  Why did you choose to resign before getting
19  the Lab Corp results?
20  A.  Because I -- I didn't want to be fired and
21  lose everything that I worked for.  I would have
22  lost my pension and everything else that came with
23  it.  So, I wasn't willing to do that because I
24  knew that the test was not accurate.  So instead

Page 64

1  of being fired, I decided to go down and just
2  resign.
3  Q.  Before you resigned, did you speak with anyone
4  about your pension and whether or not you would be
5  able to keep it if you had not resigned?
6  A.  If I had -- I called -- no.  I didn't speak to
7  anyone about as far as, like, my pension was
8  concerned.  I just knew that if I had gotten
9  fired, I would have lost my pension.
10  Q.  I know I asked this already, but am I right
11  that up until this point, you still have not
12  spoken to anyone at the FOP, like, up until this
13  point in time when you resigned?
14  A.  No.  No one had returned my call.
15  Q.  Once you received the Lab Corp results, did
16  you ever contact the Police Department?
17  A.  No.
18  Q.  Why not?
19  A.  Because I had already -- I had already left
20  the Department at the time.  I was able to retire
21  that same -- I was able to leave the job that same
22  day.  When I called, you know, while I was on my
23  way to Lab Corp, I called personnel and told them
24  what I wanted to do.  And they told me I could do

Page 65

1  it that day.  So, that's what I did.
2  Q.  When you learned that your results were
3  negative, did you reach back out to the FOP to try
4  to see what your options were?
5  A.  No, because I didn't think I had any options
6  after that as far as, like, getting my job back.
7  And they had not reached out to me.  You know, I
8  had been leaving a few messages and trying to get
9  them to at least call me back.  And no one did.
10  So, I didn't think they were going to back me
11  anyway, so.
12  Q.  Are you aware that as a member of the Union
13  that you have arbitration rights?
14  A.  That's the reason why I called them to find
15  out exactly what all my rights would have been.
16  But like I said, no one called me.  So, I never
17  even got that far.
18  Q.  So outside of this lawsuit, did you ever
19  inform anyone at the Department that your second
20  test was negative?
21  A.  No, I didn't.
22  Q.  Do you personally know of any other police
23  officers who tested positive for marijuana?
24  A.  Not that I can recall.  No one actually, you

17 (Pages 62 to 65)

STREHLOW & ASSOCIATES, INC.
(215) 504-4622

19da90d5-a4d2-42ec-9274-b0c8434ecfa0

Dawn Kennedy
April 29, 2020

Page 66

1 know, like, personally told me that they tested
2 negative -- I mean, positive.
3 Q. And I wanted to clarify that question, so I
4 will ask it again.
5    Do you personally know of anyone whose hair
6 test was positive for marijuana?
7 A. No.
8 Q. And I know you alluded to this earlier, but I
9 am just going to ask.
10    Do you smoke?
11 A. No, I don't.
12 Q. Not even -- no cigarettes?  Nothing?
13 A. No cigarettes, nothing.  Never.
14 Q. Do you drink?
15 A. Occasionally.
16 Q. Now, we talked about the hair oil that you
17 were using.  And you say you were using that hair
18 oil for how long prior to that test on March 20?
19 A. It had to be a week and a half to two.
20 Q. Before using that hair oil, were you using any
21 other products that you think may have had CBD or
22 hemp?
23 A. No.  Oh, I'm sorry.  I use a cactus oil.  I
24 don't know if that has hemp or the other thing

Page 67

1 that you said.
2 Q. You said cactus oil as in, like, the plant?
3 A. Yeah.  It's -- I have a bottle of that, too.
4 But yeah, but that was prior to.  But it wasn't,
5 like, doing what I needed it to do as far as,
6 like, growing my hair.  So, I switched to the Wild
7 Growth.
8 Q. Now the Wild Growth oil, how often -- I know
9 you said it was a week and a half or two.
10    But how often were you applying it?
11 A. When I first got it, I was putting in -- I was
12 putting it in my hair maybe, like, every other
13 day.  But that particular night, I saturated back
14 of my hair.
15    And can we go back to the question that you
16 asked me, did I let anybody know about my negative
17 results?
18 Q. Yes.
19 A. I did let me Captain know, Captain Ransom.  I
20 let him know.
21 Q. And did he --
22 A. Also --
23 Q. Go ahead.
24 A. I, also, did inform him the day that I did go

Page 68

1 to Lab Corp.  And I -- yeah.  I let him know I
2 went and took another test.  And I did inform him
3 that I had resigned that same day.
4 Q. When you told Captain Ransom of your negative
5 Lab Corp results, did he give you any guidance or
6 did he say anything?
7 A. No.  When I talked to him the day that I took
8 the test -- because I didn't have the results back
9 at that time.  I didn't get the results till the
10 following week.  But when I talked to him that
11 particular day and told him that I went and took
12 another test -- because he called me, left a
13 message.
14    So once I finished everything with the testing
15 and I went and -- went to 8th and Race and
16 resigned, I got home and I returned his call.  And
17 I said to him that, you know, that -- what I had
18 done that day, that I had resigned.  He told me
19 that was a good move.  And he asked me -- and this
20 is another reason why I didn't take it any further
21 with the Police Department.  Because what my
22 Captain said to me that day was that it was a good
23 move that I had resigned because he knew I was --
24 what Tuesday was going to come for me.

Page 69

1    He says to me, well, do you want me to have
2 someone bring your belongings to you to your home?
3 And I told him, no.  I said, well, I'm going to
4 come to the District tonight because my squad was
5 working.  So, I wanted to come and say goodbye to
6 everybody and get my things out of my locker.
7    And he told me that it wasn't necessary
8 because my locker had already been cleaned out.
9 And I said, you guys cleaned my locker out?  I
10 said, I haven't even signed my paperwork yet for
11 my 30 days with intent.  I'm still an employee.  I
12 don't understand why someone was in my locker and
13 cleaned it out.
14    So, I went to the District that particular
15 night.  And all my belongings, my locker was
16 cleaned out.  They were in the bags and in the
17 crate, whatever.  And my son and I went there.
18 And I was able to, you know, say my goodbyes and
19 everything.  That was the end of my conversation
20 with my Captain that day.
21    So on my days off, because it had to have been
22 on my two days off, like I said, my first night
23 back I called out sick, and then I went back.  So,
24 this would have been my second night.  So during

18 (Pages 66 to 69)

19da90d5-a4d2-42ec-9274-b0c8434ecfa0

Dawn Kennedy
April 29, 2020

Page 70

1  those three days, my locker was cleaned out before
2  I even signed any paperwork.
3  Q. Do you know who cleaned your locker? Did he
4  ever tell you?
5  A. I called and I asked because I'm, like, who
6  cleaned my locker out.
7      My Sergeant was Jason Reid at the time. He
8  tried to find out. And then I called. And I was
9  told by my Sergeant, excuse me, that Captain
10  Ransom and Lieutenant -- I don't know why these
11  names are slipping me -- Lieutenant "Biz". I
12  don't know his -- because that's what we called
13  him. We called him Lieutenant Biz. I don't know
14  his full last name, but we called him Lieutenant
15  Biz. But he was the administrative lieutenant at
16  the time that was supposedly had been him and the
17  Captain who cleaned out my locker.
18  Q. Are you saying Biz, like, B-i-z-z?
19  A. B-i-z.
20  Q. Okay. Thank you.
21  A. Uh-huh. And that was told to me by Sergeant
22  Reid. He was able to, you know, find out, you
23  know, who supposedly cleaned out my locker.
24  Q. Do you think that the positive hair test

Page 71

1  results were in retaliation for any of the
2  discriminatory, like, acts or complaints you
3  talked about earlier?
4  A. Yes. I strongly believe that.
5  Q. Why?
6  A. Because in my whole entire career, I have
7  never had a problem. I have never failed a drug
8  test. And it just seemed like it was just a
9  series of things that happened right after I made
10  the complaint.
11      Because we -- after the complaint, we went to
12  our PBI Hearing, which is a little court hearing
13  that we have within the Department that consisted
14  of the three officers that I made the complaint
15  against. And I had to testify, and they were
16  found guilty. They lost a day that I was told.
17      And it just seemed -- things started happening
18  to me right after that. Maybe, like, a month or
19  two after that happened, then everything just fell
20  right into place.
21  Q. When was the PBI Hearing; do you remember?
22  A. Oh, I want to say -- I want to say -- I want
23  to say November. I believe it was either
24  November -- it was between November and January.

Page 72

1  I can't remember the exact date. But it was
2  within that time frame.
3  Q. So between November -- is that 2018?
4  A. 2018.
5  Q. To January 2019 you had a PBI Hearing for
6  the -- is that the sexual comment?
7  A. Yes.
8  Q. Okay. Do you remember who was on the PBI
9  panel?
10  A. No. No.
11  Q. Do you remember who was present?
12  A. The lieutenant that represented me is
13  Lieutenant McVech.
14  Q. Okay.
15  A. He represented me. And then the three
16  officers, they had a lawyer. I don't know -- I
17  think she was from the FOP. She represented them
18  from the Union.
19  Q. Uh-huh.
20  A. I can't remember her name.
21  Q. Okay. Who were the -- like, who were those
22  officers?
23  A. Officer Straus, that's S-t-r-a-u-s; Officer
24  Mauer, M-a-u-e-r; and Officer -- Straus, Mauer and

Page 73

1  can't remember his name. I don't know why his
2  name is slipping my mind. He's a very new officer
3  in our District.
4  Q. If he comes back -- if his name comes back to
5  you, can you just let me --
6  A. Okay.
7  Q. If it's after the deposition, just let your
8  attorney know. That's fine.
9  A. Okay. All right. I'm sure it will come back
10  to me.
11  Q. Do you know if any of these three officers
12  have any connections with Internal Affairs or the
13  Drug Testing Unit?
14  A. I have no -- I don't know.
15  Q. Can you just tell me now, in general, how this
16  issue with the positive drug test has affected you
17  in your daily life?
18  A. Well, because it was -- because I know that it
19  wasn't -- it was false, I -- because I know that
20  my character was affected, I had -- I am -- just
21  tell you a little bit about you know how it
22  affected me, because I -- I made history in the
23  city a few years ago.
24      I am the founder of the Philadelphia Police

19 (Pages 70 to 73)

19da90d5-a4d2-42ec-9274-b0c8434ecfa0

Dawn Kennedy
April 29, 2020

Page 74

1    Department Mass Choir.  I started a choir in the
2    Department to -- to help the officers and boost
3    the morale.  We had a debut concert.  It was on
4    the news.  The Commissioner was there.
5    Commissioner Ross was there.
6        It was a big deal.  Like, I had an outlet for
7    other officers, you know, to do.  I'm very -- very
8    spiritual.  I'm a minister.  And so, it really
9    emotionally -- because it was so unexpected, it
10   disrupted my life for several months.
11       I was very emotional.  I was back on my high
12   blood pressure medication because I had no idea
13   what I was going to do from that moment on.  I
14   didn't know how I was going to clear my name.
15   Because I know never once in my life have I ever
16   smoked marijuana.  So, I don't -- I couldn't
17   understand how that test came back positive.  It
18   wasn't in my urine, but it was in my hair.
19       You know, I was -- I felt as though I was
20   being -- I was fairly untreated[sic].  Because I
21   know -- everyone knows just from watching the
22   news, regardless not even being within the Police
23   Department, I know that there are officers that
24   have done and supervisors from the Third Floor

Page 75

1    down to Patrol, that there are plenty of officers
2    that have done way worse and have gotten second
3    chance, third chance, been assigned to a unit or
4    taken out of the District while there was further
5    investigation going on, and then you make your
6    final decision after the investigation.
7        I was treated unfairly because I never even
8    had that opportunity to have a further
9    investigation.  It was, this is what it is.  You
10   got to be here Tuesday, sign your paperwork, and
11   that was the end of it for me, you know.  So, I
12   felt as though I was fairly untreated -- unfairly
13   treated.
14       Like I said, I didn't get an opportunity to
15   have a second chance, you know, to have another
16   test.  I mean, I could have taken the test but
17   like she -- Sergeant Williams told me it wouldn't
18   even matter, like, it wasn't even going to dismiss
19   the first test.  That's to me, like, taking a
20   makeup test and you not going to -- I am still
21   going to receive this F; instead of if I get an A
22   on the second test, you going to take the F and
23   not give me an A?  What's the purpose.
24       So, yes.  I feel as though this had a lot to

Page 76

1    do with retaliation.  Like I said, my character, I
2    have heard so many rumors and stories about why I
3    left the Department.  And you know, the first
4    thing they want to say is, oh, isn't she a
5    Christian and she's saved.  Doesn't she have that
6    choir?  It's just a bad thing for me.
7        And it's -- I just didn't know as far as
8    financially how I was going to make it.  Because
9    like I said, it just came ut of nowhere are.
10   There was no warning.  This was it for you, and
11   that was it.  I didn't have time to plan.
12       I had another -- I wasn't planning on retiring
13   until I was 60.  I wanted to go into the DROP
14   Program.  I was in my seventeenth year when I
15   left.  And so, I was going to do my -- get to my
16   twenty and do another four years.  And I planned
17   to have been done by the time I was 60 years old.
18   And I was -- that was all taken away from me.  No
19   opportunity to do any of that because of, I am
20   going to say, a false reading of my hair.  Like,
21   not in my body, but it was my hair.
22       Like so, yes.  I was -- I feel as though it
23   was -- I just, you know, I cried a lot, talked to
24   my pastor because of my emotional state because I

Page 77

1    didn't know what I was going to do.  You know, I
2    was losing my job and everything I worked for and
3    risked my life for.  It was taken away from me.
4    Q.  You mentioned that you had to go back on your
5    high blood pressure meds.
6        Did you have to take any other medicines?
7    A.  I'm a diabetic.  So I was -- I was taking
8    Glipizide Metformin, which I still take to this
9    day, which was one of the medications that I took
10   to 19th and Fairmount the day to do the
11   reconfirmation.  I'm on the Glipizide Metformin.
12   That's what that's called.  Lisinopril was for my
13   high blood pressure and, like I said, the oil.
14       So, I took all of that with me that day.
15   Q.  And what about after you resigned?
16       Did you have any medications for anxiety?
17   Depression?  Anything like that?
18   A.  No.  I just stayed on my Lisinopril for my
19   pressure.
20   Q.  Other than speaking with your pastor, did you
21   speak with any other mental health professional?
22   A.  No.
23   Q.  And what's your pastor's name?
24   A.  Darren, D-a-r-r-e-n, Croft.

20 (Pages 74 to 77)

STREHLOW & ASSOCIATES, INC.
(215) 504-4622

19da90d5-a4d2-42ec-9274-b0c8434ecfa0

Dawn Kennedy
April 29, 2020

Page 78

1    Q. And where do you worship?
2    A. I worship at the New Gethsemane Baptist
3    Church. And that's 2301 Wharton Street. I am
4    also a minister there.
5    Q. You mentioned not knowing what you would do
6    financially.
7       Are you currently employed?
8    A. Yes. I picked up a part-time job. I work two
9    days a week.
10   Q. Where?
11   A. For Allied Universal at Manor College.
12   Q. Do you have any other means of income?
13   A. Well, my pension. I get a monthly pension.
14   Q. I know you mentioned going to Employee
15   Assistance back in 2018 when you first made your
16   complaint against the officers.
17      Were you able to go to Employee Assistance
18   between those three/four days after receiving your
19   positive results?
20   A. No.
21   Q. Are you still seeking counseling through your
22   pastor?
23   A. No.
24   Q. Okay. Is there anything else that you want to

Page 79

1    share that we have not covered?
2    A. No. I pretty much said it all.
3    Q. I am just going to review really quickly and
4    make sure that I have -- okay. Just wanted to
5    make sure I showed you all the docs that I planned
6    to mark as an exhibit.
7    A. Okay.
8          MS. ALLEN: Angela, were you able
9    to access all five docs?
10         THE STENOGRAPHER: Yes.
11         MR. BERLIN: Tiffany, while you are
12   doing that, is it okay if me and my client
13   go off the record and come back in, like,
14   three minutes.
15         MS. ALLEN: Okay.
16         MR. BERLIN: One sec.
17         - - -
18         (At this time, Counsel and his
19   client entered a Zoom Breakout Room for a
20   private discussion.)
21         - - -
22         MR. BERLIN: Well, Tiffany, I think
23   you are still up if you have anything more.
24         MS. ALLEN: Uh, yeah. Just really

Page 80

1       quick because I want to make sure I covered
2       everything.
3    BY MS. ALLEN:
4    Q. In your interrogatories, you also mentioned
5    that you were reprimanded for abusing sick time?
6    A. Yes.
7    Q. When was the -- do you recall if you have any
8    documentation for that?
9    A. I would have to look for it because I had to
10   fight that, as well, to prove that I wasn't
11   abusing sick time and that I never abused my sick
12   time. So, I had to prove that that wasn't
13   accurate, as well. That was the first incident.
14      So, FOP did wind up helping me to clear that
15   up.
16   Q. Do you remember who from the FOP helped you?
17   A. No. I can't remember his name.
18   Q. And when you said you had to fight that, was
19   that an arbitration or how did that happen? Or
20   what was that process?
21   A. Well, what happened was, I came to work one
22   evening. And I -- another officer approached, I
23   walked in the door and said to me. I heard you
24   are leaving. I said, well, where I am going? He

Page 81

1    said, well, I heard you are going back to One
2    Squad. I said, no, I'm not.
3       So, I went to one of the supervisors Sergeants
4    that night and asked them what -- why was I being
5    taken out of my -- you know, my squad. And he
6    said that he didn't hear about it either. So, he
7    had to do some research and found out that I was
8    being moved to -- back to shift work. And I said,
9    well -- I asked him why because that was
10   unexpected, as well. He said, I was on a memo
11   with two other male officers that were being
12   disciplined. And the three of us were being
13   moved.
14      So after my shift, I got off at seven that
15   morning, the next morning. I waited for Captain
16   Ransom to come in because I didn't understand why
17   I was being moved. And I went to his office. And
18   I talked to him about it. I asked him -- I heard
19   I was leaving. And I wanted to know why. He
20   said, because you are abusing your sick time. I
21   said, I'm not abusing my sick time. If I called
22   out, I would always have a note.
23      And from -- so he said, well, I said last -- I
24   said "last out" works for me. And I said, shift

21 (Pages 78 to 81)

19da90d5-a4d2-42ec-9274-b0c8434ecfa0

Dawn Kennedy
April 29, 2020

Page 82

1    work is not going to -- it doesn't work for me.
2    That's why I put in to move to the "last out"
3    tour.  So, he said that it wasn't -- you know, I
4    could put in a memo -- put in a Hardship Memo.
5    That's what it's called, a Hardship Memo stating
6    why it wasn't going to be good for me to be moved
7    to shift work.  And he said, it's not going to
8    matter, but I was going to still have to move.
9       So what I did was, I reached out to the FOP.
10   Well, the first thing I did, I left and went to
11   our Operations Room.  And had the Corporal at the
12   time -- forget, which Corporal it was.  It was
13   during the day, so it was a day shift Corporal.  I
14   had her print out my sick time use for the whole
15   year.
16      So, she printed it out.  And of course, I
17   didn't have -- I didn't abuse my sick time.  I had
18   a sick note.  I noticed that my Sergeant had, if I
19   called -- I had called out I was sick for three
20   days.  I got a note for those three days.  He
21   would put me in a computer for having a sick note
22   for two out of the three.  Like, he would put it
23   in for the first night, skip it for the second
24   night and put it in for the third night.  Like,

Page 83

1    how do you do that?
2       So, he never covered me or the three days.
3    You are allowed a certain amount of days to call
4    out sick for the year before you start abusing
5    your sick time.  I was nowhere near that.
6       So, I reached out to the FOP.  And they
7    were -- they were -- they helped me out and they
8    were able to, you know, have them, like, back off
9    and leave me right where I was.  So, that's how I
10   was able to stay in my group.
11   Q.  Okay.  Which Sergeant was that that was making
12   the clerical inputs?
13   A.  Sergeant Shaun Butts.
14   Q.  Do you remember ever speaking with Sergeant
15   Butts about the clerical errors?
16   A.  I did ask him about it.  But he was a type of
17   supervisor that would -- if he didn't feel like
18   answering you, he wouldn't; if he did, he would.
19   He was just never -- I don't want to say anything
20   bad about him.  That's just how it was.  If he
21   wanted to answer -- I never really got
22   clarification.
23      That was the bottom line for that.  But I was
24   able to fight it and stay in my group.

Page 84

1    Q.  So you were -- you weren't switched to One
2    Squad?  You didn't have to go there?
3    A.  No.
4    Q.  Did you ever submit the Hardship Memo that
5    Captain Ransom suggested?
6    A.  Yes, I did.
7    Q.  If you come across any copies or paperwork
8    regarding the sick abuse issue and the Hardship
9    Memos, if you can just give that to your attorney
10   so he can give that to me, that will be helpful.
11   A.  Okay.
12   Q.  You froze.  Were you able to hear me?
13   A.  Okay.  I hear you.
14   Q.  Okay.  I can hear.
15   A.  Yes, I heard you.  I said okay.  We good?
16   Q.  Yes, we are good.  That's all I have left.
17      I don't know --
18   A.  I said, "are we good" meaning, like, could you
19   hear me.
20   Q.  Oh, yes.
21   A.  Because you said I froze.  Okay.  Okay.  Not
22   like, can you stop asking me questions.
23   Q.  No.  I was going to wrap up anyway.  But I
24   could hear you although your video froze.

Page 85

1    A.  Okay.
2    Q.  I will ask David if he has any follow-up
3    questions, or if we are good?
4             MR. BERLIN:  Yeah.  I just have a
5       couple of things.  Just some
6       clarifications.
7                - - -
8             EXAMINATION
9                - - -
10   BY MR. BERLIN:
11   Q.  Dawn, earlier you were asked if you've ever
12   been to another deposition.  I don't know if you
13   were confused, but I actually deposed you for the
14   Austin cause with the City.
15      Do you recall that?
16   A.  Yes.
17   Q.  Okay.  I just wanted to clarify that.
18      Also, you were asked -- I think you were asked
19   if you were -- if you had ever submitted an EEOC
20   complaint for this case, the allegations for this
21   case.  And we attached an EEOC Right to Sue letter
22   with this complaint.
23      Do you recall that you did actually go to the
24   EEOC for this case?

22 (Pages 82 to 85)

19da90d5-a4d2-42ec-9274-b0c8434ecfa0

Dawn Kennedy
April 29, 2020

Page 86

1    A.  Yes.
2    Q.  Okay.  And then, I just wanted to clarify
3  something else.
4      The issue about the retest, you didn't -- I
5  know you didn't do that, right?
6    A.  Right.
7    Q.  You didn't do the retest with the City.  Was
8  that because if you had done the retest -- first
9  of all, someone at the City, I think it was
10  Sergeant Williams said to you, it was irrelevant.
11      Was that right?
12    A.  That's right.
13    Q.  But also if you had done the retest, the time
14  it would have taken for the retest to come back
15  with the results would have been longer than the
16  decision time you had to decide if you were going
17  to resign or be terminated; is that right?
18    A.  That's correct.
19    Q.  Just one second.
20      One other thing.  You mentioned that Dr. Hayes
21  told you -- I am paraphrasing.
22      He said something like your results were BS or
23  something like that?
24    A.  Yes.

Page 87

1    Q.  Did he have, like, the results back at that
2  time?  When did he tell you that?
3    A.  He had the same results that they brought to
4  my home the night before.
5    Q.  I see.  Okay.  And why were you meeting with
6  him after the results had come out?
7    A.  Because I was -- that was for me to do the
8  reconfirmation test.  That's why I was there.  And
9  he brought me in his office to talk to him prior
10  to the test to let me know exactly what was going
11  on.  And he went over my test results again with
12  me that day.
13    Q.  One second.  You were asked about a couple
14  different products you put in your hair.  One was
15  cactus oil and the other one was another kind of
16  oil, right?
17    A.  Correct.
18    Q.  Okay?
19        MR. BERLIN:  And you know, just for
20        the record, Tiffany, we will get you
21        pictures of everything she used.  You will
22        have that information.
23  BY MR. BERLIN:
24    Q.  But one of those things you said you saturated

Page 88

1  your hair with, what was that that you saturated
2  your hair with?
3    A.  It was the Wild Growth in the yellow bottle.
4    Q.  Okay.  Now the cactus oil, how often did you
5  put that in your hair?
6    A.  That one, I used that one for a few years,
7  like, every other day.
8    Q.  Sorry?
9    A.  It's a heavy oil.  So, I would only use it
10  maybe every other day or once or twice a week.
11    Q.  Were you using it once or twice a week at the
12  time that you had the test for this case?
13    A.  Yes.  Now that particular oil I would, like,
14  put in my actual hair.  Like I said, I wasn't
15  doing that frequent once I switched to the yellow,
16  to the Wild Growth.
17      The Wild Growth I used that night of the
18  testing was saturated in the back of my hair.
19    Q.  Okay.  But the cactus oil, had the hair on
20  your head at the time of the test ever been
21  touched by that cactus oil?
22    A.  Yes.
23    Q.  And how soon before the test had you used it
24  on the hair that was on your head?

Page 89

1    A.  Maybe just a few days.  Because it's not the
2  type of oil you use every day because it's so
3  thick.
4    Q.  Okay.  One second.
5      Did you tell Dr. Hayes that you had used any
6  products in your hair?
7    A.  Yes.  I took the products with me.
8    Q.  Both of them?
9    A.  Just the one because that's the one I used the
10  night of the test.
11    Q.  Did you tell him about the other product, the
12  cactus oil?
13    A.  No.
14    Q.  Okay.
15    A.  I don't recall that I did.  I was so upset
16  that day.  I don't recall telling him about that
17  particular oil.
18    Q.  Okay.  That's all I have.  I don't know if
19  Tiffany has anything.
20          - - -
21        EXAMINATION
22          - - -
23  BY MS. ALLEN:
24    Q.  Do you remember the brand of the cactus oil

23 (Pages 86 to 89)

19da90d5-a4d2-42ec-9274-b0c8434ecfa0

Dawn Kennedy
April 29, 2020

Page 90

1    you were using?
2    A.  Yes, ma'am.  Let me grab it.
3       (Witness goes to get the oil.)
4       Jamaican Mango and Lime Cactus Oil.
5    Q.  Okay.  Do you know the -- oh, it says Jamaican
6    at the top for the maker?
7    A.  Yes.
8    Q.  And is that the one that you always use?
9    A.  Yes.  This is one I was using on a regular
10   basis.
11   Q.  Okay.  And just one more clarity question.
12      We saw the memo that you signed about the
13   reconfirmation test that told you or directed you,
14   you had ten days.
15   A.  Yes.
16   Q.  Did you ever ask for clarity about the ten-day
17   window in relation to your appointment with
18   Internal Affairs?
19   A.  Well, I definitely understood that I had that
20   amount of time to do a reconfirmation test, but I
21   wanted to do it immediately.  That's why I went
22   the very next -- you know, I wanted to have it
23   done immediately.
24      But once I was told that it didn't matter if I

CERTIFICATION

        I, hereby certify that the proceedings
and evidence noted are contained fully and
accurately in the stenographic notes taken by me
in the foregoing matter, and that this is a
correct transcript of the same.


-------------------------
ANGELA M. KING, RPR,
Court Reporter, Notary Public

(The foregoing certification
of this transcript does not
apply to any reproduction of
the same by any means, unless
under the direct control
and/or supervision of the
certifying reporter.)

Page 91

1    took it or not, you know, the results coming back
2    negative or positive, it was still not going to
3    dismiss.  The original thing was that I was going
4    to have to sign 30 days with intent.  So, I didn't
5    have too many good options.
6    Q.  When you -- do you know what happens when you
7    say a 30 days with intent?
8    A.  Yes.  After those 30 days, I'm going to be
9    fired.  That's going to be it.
10      That's what I understood.
11   Q.  Okay.  So, does that mean that within those 30
12   days, you would still be technically employed by
13   the Department?
14   A.  Yes.
15   Q.  All right.
16          MS. ALLEN:  That's all I have.
17          MR. BERLIN:  All right.  That's all
18   I have, so that's it.
19          MS. ALLEN:  Yes, thank you.
20          THE WITNESS:  Okay.  Thank you.
21          MS. ALLEN:  Have a good day.
22          (At this time, the deposition
23   concluded at 12:02 p.m.)
24

STREHLOW & ASSOCIATES, INC.
(215) 504-4622

19da90d5-a4d2-42ec-9274-b0c8434ecfa0

Dawn Kennedy
April 29, 2020

Page 1

| A | | | | | | |
|---|---|---|---|---|---|---|
| **A** | **air** 13:14 | 25:10 | 85:21 | 77:4 78:15 | 74:6 | **C** 2:2 92:1,1 | 71:6 |

**A**

**a.m** 1:16
**ability** 30:19
**able** 37:19
47:18 57:15
62:17,18
64:5,20,21
69:18 70:22
78:17 79:8
83:8,10,24
84:12
**abuse** 82:17
84:8
**abused** 80:11
**abusing** 80:5
80:11 81:20
81:21 83:4
**Academy**
26:17,19,22
28:16 30:12
**access** 35:17
37:19 79:9
**account** 29:4
**accurate** 9:1
52:24 53:1
63:24 80:13
**accurately**
8:17 92:5
**ACTION** 1:4
**acts** 71:2
**actual** 88:14
**address** 25:8
**addressed**
19:14
**administeri...**
4:13
**administra...**
70:15
**Affairs** 3:17
14:11 19:21
23:12 44:7
46:17,21
47:2 51:1
53:12 55:22
61:17 62:2
73:12 90:18
**agency** 1:20
32:15
**ago** 30:3
73:23
**agreed** 4:3
5:14
**ahead** 50:19
53:10 67:23

**air** 13:14
16:17 18:13
21:10,19
22:5,7
**AL** 1:4
**aliases** 6:9
**allegations**
85:20
**Allen** 2:11
3:7 6:1,4
36:16,17
37:23 38:6
38:14 39:2
39:11 47:10
48:4,7,8
49:4,9 59:3
59:23 60:3
60:5,11
61:10 62:12
62:20,23
79:8,15,24
80:3 89:23
91:16,19,21
**Allied** 78:11
**allowed** 83:3
**alluded** 66:8
**amount**
51:17 53:9
83:3 90:20
**and/or** 92:18
**Angela** 1:16
39:2 49:4
62:12 79:8
92:11
**angry** 16:23
**answer** 7:2
8:3,22,24
9:1,3,7,8,10
52:2 83:21
**answered**
43:14 52:22
54:10
**answering**
7:4 8:17
83:18
**answers** 7:21
12:6
**anxiety** 77:16
**anybody**
67:16
**anyway** 51:4
51:21 65:11
84:23
**Apartment**

25:10
**apply** 92:15
**applying**
67:10
**appointment**
46:16 62:2
90:17
**approached**
80:22
**approximate**
9:13,13,17
**approxima...**
21:18 41:20
54:22
**April** 1:9
9:18 62:1
**arbitration**
65:13 80:19
**Arch** 2:12
**area** 22:21
23:6 35:9
**arrest** 45:4,9
**arrests** 45:23
**arrived** 34:3
49:17
**asked** 8:4,18
16:17 18:13
18:18,21
33:15,17
41:2 43:9,9
43:19 64:10
67:16 68:19
70:5 81:4,9
81:18 85:11
85:18,18
87:13
**asking** 7:6
84:22
**asks** 17:4
**assigned**
22:24 27:2
27:16,17
29:7 75:3
**assignment**
23:2
**Assistance**
20:10,13,16
47:3 78:15
78:17
**Associates**
1:20 4:11
**assume** 7:3
8:24
**attached**

85:21
**attend** 25:15
**attorney** 5:3
10:15,17,19
32:19,21
33:7,9,10
33:11,12,15
33:17 73:8
84:9
**attorney's**
32:23 33:6
**attorneys**
33:20
**audio** 18:14
18:16
**Austin** 12:8
13:2 33:1,2
85:14
**available**
13:6 21:5,6
21:8,9,11
22:2
**Avenue** 2:5
41:15,17
**aware** 65:12

**B**

**B** 3:11 6:16
6:16 25:10
**B-i-z** 70:19
**B-i-z-z** 70:18
**back** 8:6 9:9
13:16 15:6
16:18 18:24
19:8 20:21
21:9 24:9
27:10 28:19
29:9 30:3
30:10 31:3
32:5 34:23
35:8,12
40:5,8 41:4
41:7 42:13
50:22 52:15
52:21 53:3
53:4 54:5,7
54:18 55:15
57:18 65:3
65:6,9,10
67:13,15
68:8 69:23
69:23 73:4
73:4,9
74:11,17

77:4 78:15
79:13 81:1
81:8 83:8
86:14 87:1
88:18 91:1
**background**
25:20
**backup** 13:14
21:24 22:9
**bad** 76:6
83:20
**bag** 46:1
**bags** 69:16
**bald** 57:13
**Baptist** 78:2
**basis** 14:13
14:16,17,17
33:21 90:10
**bathroom** 8:1
**bear** 5:10
60:7
**Beauty** 25:18
**bedroom**
43:24
**beginning**
48:20
**Begins** 38:21
47:23
**believe** 22:17
23:19 33:23
34:15 37:4
40:18 41:24
42:16,16
48:17 49:20
50:18,22
51:20 53:7
55:2 71:4
71:23
**belongings**
69:2,15
**Bensalem**
57:4,6
**Benton** 6:11
**BERLIN** 2:4
3:8 36:13
38:4,15
48:6 62:18
79:11,16,22
85:4,10
87:19,23
91:17
**best** 6:23
**better** 20:19
**big** 57:11

74:6
**bit** 12:22
36:20 52:20
54:7 73:21
**Biz** 70:11,13
70:15,18
**black** 58:5
**block** 17:2
18:12 22:22
**blocks** 22:21
**Blonde** 58:11
**blood** 74:12
77:5,13
**body** 35:6
76:21
**boost** 74:2
**born** 25:4
**bottle** 67:3
88:3
**bottom** 35:9
59:8 60:14
61:20 83:23
**box** 37:15
**boy** 6:16
**braids** 35:11
58:3
**branches**
57:5
**brand** 89:24
**break** 8:1,5
6:16 25:10
**Breakout**
79:19
**Brian** 37:23
**Brian[sic**
39:2
**Briddell** 6:11
6:13
**bring** 45:10
45:15 49:3
50:11,12
69:2
**brought** 44:1
87:3,9
**brown** 58:6
**BS** 51:16
86:22
**bun** 58:1
**burglary**
16:15
**Butts** 14:8,14
15:16 18:22
83:13,15

**C**

**career** 27:14

**C** 2:2 92:1,1
36:20 52:20
54:7 73:21
70:15,18
18:12 22:22
**cactus** 66:23
**call** 14:19
15:6,7
16:14 41:11
51:7,24
52:15 53:4
54:18 56:20
63:4 64:14
65:9 68:16
83:3
**called** 10:23
22:24 33:10
35:20 36:5
41:2,5,10
41:12 51:14
51:22,22,23
52:3,13,14
52:21 54:10
54:14,14,19
54:22 56:22
56:22 57:4
63:5,7 64:6
64:22,23
65:14,16
68:12 69:23
70:5,8,12
70:13,14
77:12 81:21
82:5,19,19
**calling** 21:24
54:13
**camera** 36:6
**candy** 44:14
**captain** 29:24
30:2,6,8,8
52:17 67:19
67:19 68:4
68:22 69:20
70:9,17
81:15 84:5
**Captain's**
24:6,8
**car** 13:12,13
15:23 17:5
18:11,24
19:1 20:21
20:24 21:23
22:4
**career** 27:14

71:6
**cars** 21:3
**case** 6:20
10:20 12:17
12:21,24
31:3,4,6
32:11,14
85:20,21,24
88:12
**cases** 25:2
**casings** 18:10
**catching** 23:3
**cause** 85:14
**CBD** 37:3
66:21
**cell** 41:11,12
**center** 35:15
40:7,9,11
54:4 57:9
57:12
**certain** 48:16
53:9 83:3
**certification**
5:16 92:13
**certify** 92:3
**certifying**
92:19
**chain** 14:4
19:24
**chance** 75:3,3
75:15
**change** 9:7
20:19
**character**
73:20 76:1
**charge** 32:14
32:16
**Chat** 37:19
62:15
**choice** 44:3
51:9
**choir** 74:1,1
76:6
**choose** 63:18
**Christian**
76:5
**chunk** 54:4
57:9,11
**Church** 78:3
**cigarettes**
66:12,13
**city** 1:6 2:10
6:5 23:6
30:15 31:16

32:6 73:23
85:14 86:7
86:9
**civil** 1:4
24:23
**claims** 12:16
12:24
**clarification**
83:22
**clarifications**
85:6
**clarify** 6:23
9:8,9 66:3
85:17 86:2
**clarity** 90:11
90:16
**cleaned** 69:8
69:9,13,16
70:1,3,6,17
70:23
**clear** 7:15 8:4
63:3 74:14
80:14
**clearly** 7:11
7:20
**clerical** 83:12
83:15
**client** 79:12
79:19
**close** 17:15
**closed** 42:7
**closer** 36:8
**Code** 4:5
**college** 25:15
78:11
**color** 58:10
**come** 7:19
8:5 13:15
15:6 17:4
21:9,10
22:4,7,9
24:8 27:9
41:8 42:5,6
68:24 69:4
69:5 73:9
79:13 81:16
84:7 86:14
87:6
**comes** 27:10
39:21 50:22
73:4,4
**coming** 44:23
91:1
**command**

14:5 19:24
**commanding**
27:11
**commencing**
1:15
**comment**
72:6
**Commissio...**
74:4,5
**complaint**
13:19,21,22
14:3,5,10
14:13 15:11
15:24 16:3
16:4 18:3
23:18 33:22
71:10,11,14
78:16 85:20
85:22
**complaints**
14:24 23:10
23:12 71:2
**computer**
21:2 82:21
**concerned**
20:3 64:8
**concerns**
40:4
**concert** 74:3
**concluded**
91:23
**conduct** 5:11
**conducted**
4:6
**conference**
1:13 2:5,11
3:4 4:7,18
5:12 7:12
**conference(...**
4:10
**confirming**
4:16
**confused**
85:13
**connections**
73:12
**consent** 4:21
**considered**
4:22
**consisted**
71:13
**constantly**
45:20
**contact** 33:12

44:23 53:2
64:16
**contacted**
40:15
**contained**
92:4
**content** 14:23
**continues**
18:16 48:3
**control** 4:11
21:16 92:17
**conversation**
15:2 17:16
33:5 42:2
43:3,16
69:19
**conversatio...**
13:10,10
**copies** 84:7
**copy** 5:5
10:16 47:6
**Corp** 53:24
54:3 56:7
56:15 57:2
58:8,13
63:10,13,14
63:19 64:15
64:23 68:1
68:5
**Corporal**
82:11,12,13
**correct** 15:22
33:13 86:18
87:17 92:7
**costs** 5:11
**counsel** 4:4,8
5:7,15
38:10 79:18
**counseled**
20:15
**counseling**
78:21
**counter**
45:11 46:8
46:9,11
**couple** 85:5
87:13
**course** 82:16
**court** 1:1,16
1:20 4:7,11
4:16 27:17
27:22 38:9
71:12 92:11
**courthouse**

27:17
**courtroom**
8:13
**cover** 57:15
**covered**
22:21 79:1
80:1 83:2
**crate** 69:17
**cried** 76:23
**crime** 22:22
**criminal** 25:2
**crochet** 35:10
58:3
**crochets**
35:14,16
57:10,20,22
**Croft** 77:24
**crying** 19:2
**cup** 34:21
**current** 6:17
**currently**
78:7
**cut** 18:16
34:24,24
35:5
**cuts** 18:14
_____
**D**
**D** 3:1
**D-a-r-r-e-n**
77:24
**D-a-r-r-i-e-n**
11:4
**daily** 74:3
**Danielle** 12:8
13:2 33:1,2
33:5
**dark** 17:7
58:6,9
**Darren** 77:24
**Darrien** 11:4
11:5 12:3
**date** 9:19
11:14,15
13:23 14:15
59:13 60:23
61:13 72:1
**dates** 10:6
**daughter-i...**
11:11
**David** 2:4
48:4 49:5
62:16 85:2
**Dawn** 1:4,12

1:14 3:4
5:20 6:8,11
6:11 42:11
85:11
**day** 11:14,20
11:21 40:19
40:22 41:6
42:18 49:1
53:3,7
54:20,21,23
60:18 61:3
61:4,21,22
65:1 67:13
67:24 68:3
68:7,11,18
68:22 69:20
71:16 77:9
77:10,14
82:13,13
87:12 88:7
88:10 89:2
89:16 91:21
**days** 51:2
53:8,10,13
55:1,2,6
59:19 62:9
69:11,21,22
70:1 78:9
78:18 82:20
82:20 83:2
83:3 89:1
90:14 91:4
91:7,8,12
**dberlin@w...**
2:7
**DE** 1:22
**deal** 74:6
**debut** 74:3
**decide** 86:16
**decided**
16:13 44:8
50:19 53:6
53:19,20
64:1
**decision**
51:11 75:6
86:16
**deeper** 17:21
19:16
**defendant**
2:14 24:23
25:2
**definitely**

90:19
**Department**
2:10 11:1
11:13 26:11
28:8,15,21
30:11 31:9
32:1 58:20
58:22 64:16
64:20 65:19
68:21 71:13
74:1,2,23
76:3 91:13
**deposed** 9:21
9:23 85:13
**deposition**
1:12 4:6,14
4:20 5:11
7:23 8:9
9:24 10:2
73:7 85:12
91:22
**Depression**
77:17
**DESCRIP...**
3:12
**desperate**
54:23
**detail** 62:4
**detailed**
55:18
**details** 13:11
33:14 57:1
**diabetic** 77:7
**difference**
55:14
**different**
23:14 87:14
**dig** 17:21
**digging** 17:22
19:15
**direct** 92:17
**directed**
90:13
**directive** 3:14
30:23 47:7
47:13 48:16
49:5 59:16
59:19 60:3
**directives**
47:4
**directly** 43:9
**disbelief**
42:20
**disciplined**

81:12
**discriminat...**
24:20 30:20
31:2,5
**discriminat...**
71:2
**discuss** 13:2
**discussion**
39:8 79:20
**discussions**
10:19
**dismiss** 50:24
51:5 75:18
91:3
**disrupted**
74:10
**district** 1:1,2
12:11 16:8
19:1 23:17
23:17 24:11
24:11 27:3
27:13,15,23
28:19 29:6
39:21 41:11
45:14,14,15
45:15,17,17
69:4,14
73:3 75:4
**districts**
45:18
**docs** 79:5,9
**doctor** 26:2
32:6 49:14
49:15,22
51:15 53:22
54:2 56:7
56:22 63:4
63:5,8
**doctor's** 56:9
**document**
38:16,21
47:11,20
48:3 59:6
59:11 60:12
60:16
**documenta...**
80:8
**documents**
10:4,11,14
37:19 39:3
59:2,4 60:6
**doing** 43:6
67:5 79:12
88:15

**door** 42:8
80:23
**double-check**
36:1
**Dougherty**
14:9,14
15:17
**Dr** 49:15
51:16 56:10
63:2 86:20
89:5
**drink** 66:14
**drive** 19:11
**driver** 16:9
**driving** 16:20
19:10
**drop** 21:3
76:13
**drove** 63:12
**drug** 31:6,10
32:8 33:3
33:21 40:16
41:9 42:10
42:17 50:2
50:6 56:2
56:17,19,24
57:19 71:7
73:13,16
**duly** 5:20
**duty** 27:21
**dye** 57:21
**dyed** 57:17
57:18,20,23
58:4,8
_____
**E**
**E** 2:2,2 3:1,11
92:1
**earlier** 40:23
66:8 73:3
85:11
**early** 31:1
**ears** 26:1
**EASTERN**
1:2
**educational**
25:20
**EEO** 23:10
30:13,16,18
**EEOC** 32:14
32:15 85:19
85:21,24
**effect** 8:12
50:16

Dawn Kennedy
April 29, 2020

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **eight** 19:12 | 3:6 5:23 | 44:9 53:15 | **follow-up** | **G** | 35:3 37:23 | 35:20,22,23 | 15:23 17:7 |
| 22:16 29:15 | 85:8 89:21 | 64:7 65:6 | 85:2 | **G-o-r-m-a-n** | 38:1,2,18 | 36:5 67:7,8 | 18:2,7 19:2 |
| **either** 20:12 | **examined** | 65:17 67:5 | **following** | 15:19 | 41:8 43:20 | 88:3,16,17 | 19:4,5 20:6 |
| 29:15 30:23 | 5:21 | 76:7 | 44:7 47:24 | **G-o-r-t-i** | 44:6 47:8 | **guess** 8:21,22 | 24:13 35:2 |
| 45:5 46:2 | **excuse** 46:18 | **fast** 9:16 | 60:17 61:22 | 56:10 | 51:4,5,11 | 9:1,3,13 | 52:5,16 |
| 71:23 81:6 | 51:21 70:9 | **feel** 20:4 | 68:10 | **general** 73:15 | 51:17 53:15 | 13:3 21:19 | 61:21 71:9 |
| **email** 2:7,13 | **exhibit** 5:4,5 | 75:24 76:22 | **follows** 5:21 | **generally** | 53:20 54:7 | 32:3 56:3 | 71:19 80:21 |
| 38:5,7 | 5:9 38:3,13 | 83:17 | **food** 44:14 | 30:19 | 54:18 55:5 | **guidance** | **happening** |
| **emailed** 5:6 | 39:4,5 47:9 | **fell** 71:19 | **FOP** 20:8,9 | **gesture** 7:18 | 55:15 56:19 | 20:12 68:5 | 44:10 52:4 |
| **emotional** | 49:6,7 | **felt** 19:13,17 | 20:13,15 | **Gethsemane** | 65:10 66:9 | **guilty** 71:16 | 71:17 |
| 74:11 76:24 | 59:24 60:1 | 19:24 20:6 | 51:8,23 | 78:2 | 68:24 69:3 | **gun** 11:19 | **happens** |
| **emotionally** | 60:10 61:9 | 74:19 75:12 | 52:14,15,21 | **getting** 20:21 | 74:13,14 | **guys** 69:9 | 37:13 43:3 |
| 74:9 | 62:13,14,21 | **female** 14:18 | 54:10,13 | 63:18 65:6 | 75:5,18,20 | | 91:6 |
| **employed** | 62:22 79:6 | **fight** 80:10 | 64:12 65:3 | **give** 8:24 | 75:21,22 | **H** | **harassed** |
| 78:7 91:12 | **exhibits** 5:3 | 80:18 83:24 | 72:17 80:14 | 10:17 22:7 | 76:8,15,20 | **H** 3:11 | 23:15 |
| **employee** | 38:1,11 | **figure** 51:8 | 80:16 82:9 | 33:13 34:23 | 77:1 78:14 | **hair** 26:7,8 | **harassment** |
| 20:10,13,15 | **expect** 10:22 | 53:14 | 83:6 | 35:17 40:9 | 79:3 80:24 | 31:13,15,19 | 12:19 13:4 |
| 46:14 47:3 | 12:23 | **figured** 47:18 | **foregoing** | 48:22 68:5 | 81:1 82:1,6 | 31:20,22,24 | 13:8,18 |
| 69:11 78:14 | **explain** 17:18 | **file** 28:23 | 92:6,13 | 75:23 84:9 | 82:7,8 | 32:2,6,9,10 | 15:23 31:2 |
| 78:17 | 35:1 62:4 | 32:14,16 | **forget** 17:8 | 84:10 | 84:23 86:16 | 33:2 34:15 | 31:5 46:22 |
| **employer** | **explained** | **filing** 5:15 | 82:12 | **given** 31:15 | 87:10 91:2 | 34:24,24 | **Hardship** |
| 24:19 | 43:4 50:8 | **filling** 38:20 | **form** 5:17 | 31:24 47:4 | 91:3,8,9 | 35:1,6,10 | 82:4,5 84:4 |
| **employment** | 55:12,12 | 45:12 | **found** 34:9 | **gives** 34:20 | **good** 6:2,3 | 35:10,12,12 | 84:8 |
| 2:10 30:15 | **explains** | **final** 75:6 | 57:6 71:16 | 34:21 59:19 | 68:19,22 | 35:17 36:22 | **hat** 17:5,9 |
| 31:8,16 | 38:10 | **finally** 52:22 | 81:7 | **giving** 31:20 | 82:6 84:15 | 37:11 40:3 | **Hayes** 49:15 |
| **empty** 29:3 | **exposed** 45:6 | **financially** | **founder** | 31:22 32:10 | 84:16,18 | 40:4 42:13 | 51:16 63:2 |
| **EMS** 3:16 | **express** 4:21 | 76:8 78:6 | 73:24 | **Glipizide** | 85:3 91:5 | 43:12 47:4 | 86:20 89:5 |
| 60:17 62:13 | | **find** 33:9 | **four** 29:15,15 | 77:8,11 | 91:21 | 50:8,12,13 | **head** 7:18 |
| **ends** 58:9,10 | **F** | 65:14 70:8 | 42:6 54:22 | **go** 7:12 8:1 | **goodbye** 69:5 | 51:18,19 | 35:15 40:7 |
| **entailed** 62:6 | **F** 20:14 75:21 | 70:22 | 76:16 | 13:4 14:4 | **goodbyes** | 54:4,6 57:5 | 40:10,12,13 |
| **entered** 79:19 | 75:22 92:1 | **fine** 8:8,22 | **frame** 9:12 | 16:13 17:14 | 69:18 | 57:8,9,10 | 57:12 88:20 |
| **entire** 31:8 | **face** 17:10,15 | 38:5 73:8 | 72:2 | 19:23 20:4 | **Gordon** | 57:11,15,15 | 88:24 |
| 48:16 71:6 | 17:19 | **finished** | **Frankford** | 20:7,16 | 25:18,19 | 57:17,18,19 | **health** 77:21 |
| **errors** 83:15 | **fact** 19:9 | 25:22 68:14 | 41:14,17 | 21:12 25:13 | **Gorman** | 57:21,23 | **hear** 10:7,8,9 |
| **Esquire** 2:4 | 20:23 55:13 | **fired** 51:4 | **frequent** | 28:16,19 | 15:16,17 | 58:3,5,8,12 | 19:5,20 |
| 2:11 | **failed** 42:10 | 53:20 55:16 | 88:15 | 32:7 34:18 | **Gorman's** | 58:14,15,22 | 36:18,19 |
| **estimate** 9:14 | 42:17 50:2 | 63:20 64:1 | **Friday** 53:19 | 34:21,22 | 15:18 | 59:11 66:5 | 81:6 84:12 |
| 31:17 | 71:7 | 64:9 91:9 | 63:5,7,7 | 35:3 43:6 | **Gorti** 56:10 | 66:16,17,20 | 84:13,14,19 |
| **ET** 1:4 | **fair** 8:7 | **first** 18:1 | **FRIENDS** | 44:8 46:13 | **gosh** 27:8 | 67:6,12,14 | 84:24 |
| **evening** | **fairly** 74:20 | 25:23,24 | 1:21 | 49:1 50:19 | **gotten** 64:8 | 70:24 74:18 | **heard** 23:23 |
| 15:12 34:5 | 75:12 | 26:24 27:2 | **froze** 10:8 | 53:10,21 | 75:2 | 76:20,21 | 76:2 80:23 |
| 35:2 80:22 | **Fairmount** | 27:6 28:21 | 36:20 84:12 | 56:5 60:17 | **grab** 90:2 | 87:14 88:1 | 81:1,18 |
| **eventually** | 32:7 42:1 | 30:1,5,11 | 84:21,24 | 62:7,8 | **graduated** | 88:2,5,14 | 84:15 |
| 42:24 | 44:2 49:2 | 41:4,5,7 | **full** 1:20 6:6 | 63:10 64:1 | 26:21 | 88:18,19,24 | **hearing** |
| **everybody** | 49:13 54:22 | 42:23 50:24 | 70:14 | 67:15,23,24 | **grand** 43:23 | 89:6 | 71:12,12,21 |
| 21:6 69:6 | 56:3,4 | 51:6,23,24 | **fully** 6:22 | 76:13 77:4 | **grandchild...** | **hairstylist** | 72:5 |
| **evidence** 92:4 | 61:24 63:1 | 56:22 67:11 | 92:4 | 78:17 79:13 | 43:23 | 25:24 26:5 | **heavy** 88:9 |
| **exact** 9:12,19 | 77:10 | 69:22 75:19 | **funds** 29:3 | 84:2 85:23 | **grid** 22:17,18 | 26:6,13,14 | **held** 1:13 |
| 11:15 13:23 | **false** 44:11 | 76:3 78:15 | **further** 5:2 | **goes** 17:3 | 22:19,20 | **half** 37:7 | 39:9 |
| 21:13,14 | 73:19 76:20 | 80:13 82:10 | 20:17 24:2 | 34:6 90:3 | 23:1 | 66:19 67:9 | **help** 20:2,12 |
| 42:11 72:1 | **family** 10:21 | 82:23 86:8 | 55:18,19 | **going** 7:2 | **group** 83:10 | **happen** 16:2 | 20:14,14 |
| **exactly** 44:8 | 10:22 28:9 | **five** 79:9 | 68:20 75:4 | 8:24 9:9,16 | 83:24 | 43:15 80:19 | 74:2 |
| 65:15 87:10 | 56:13 | **Floor** 2:12 | 75:8 | 17:21 20:2 | **growing** 67:6 | **happened** | **helped** 80:16 |
| **EXAMINA...** | **far** 20:2 43:5 | 74:24 | | 26:10 28:22 | **growth** 35:12 | 11:13 15:9 | 83:7 |

Dawn Kennedy
April 29, 2020

helpful 84:10
helping 80:14
hemp 37:3,4
66:22,24
high 22:22
25:13,15
45:16 74:11
77:5,13
history 73:22
hmmm 28:5
hold 18:9
28:22 59:1
hole 17:21
19:16
home 1:14
11:8,16
25:8 41:3,8
48:24 49:19
53:17 68:16
69:2 87:4
honestly
53:17
hours 19:12
49:17
house 11:18
41:19 42:4
43:20 56:1
61:5,21
housed 45:17
45:18
Huh 52:7

**I**

IA 62:13
idea 74:12
identification
39:6 49:8
59:5 60:2
62:22
identity 4:17
immediate
18:23
immediately
22:8 51:22
63:10 90:21
90:23
important
7:5,10 8:20
importantly
8:9
inches 58:16
incident
16:11 80:13
incidents

20:18
income 78:12
independent
53:21
inform 52:17
65:19 67:24
68:2
information
87:22
informed
40:19 41:1
ingested
44:14
initial 11:1
57:19 58:2
injured 27:16
inputs 83:12
inside 21:3
instance
20:10
instruction
8:3
instructions
8:20 48:22
intent 51:2
53:13 55:6
62:9 69:11
91:4,7
interaction
11:1 18:5
**Internal** 3:17
14:11 19:21
23:12 44:6
46:17,21
47:2 51:1
53:12 55:22
61:17 62:2
73:12 90:18
**interrogato...**
12:7 80:4
**interview**
3:17 46:17
46:21 47:2
61:16 62:5
**intimidated**
19:17 20:4
**investigation**
55:18,19
75:5,6,9
**involved**
24:22 25:1
**irrelevant**
86:10
**issue** 73:16

84:8 86:4
**issues** 24:15
28:9,10
31:5
**item** 36:4

**J**

**Jackson** 16:6
**Jamaican**
90:4,5
**January**
71:24 72:5
**Jason** 52:9
70:7
**job** 17:14
25:23 26:1
32:5 45:4
51:12 53:16
56:18,24
64:21 65:6
77:2 78:8
**jobs** 21:3,4
**joined** 30:11
**jokingly** 34:6
**July** 27:1
**jump** 36:14
**Juniata** 56:13
**juveniles**
45:19

**K**

**Kay** 34:5,18
39:13,15,24
41:2,18
42:3 43:4
43:17 47:6
48:15 55:7
55:24 60:21
61:4,5
**keep** 19:11
24:6 64:5
**Kennedy** 1:4
1:12,14
5:20 6:2,8
11:4,8
18:17 36:18
38:16 42:12
60:6
**KENNED...**
3:4
**kind** 7:12
35:19 47:15
47:21 87:15
**King** 1:16 7:8

7:13 25:14
25:19 92:11
kitchen 42:5
42:6,7,7
knew 20:23
33:9,16
44:10,11
52:16 63:24
64:8 68:23
know 6:19,22
7:11 8:2
9:8,12,16
9:18 11:19
12:16 13:17
14:10 15:9
17:13 18:8
19:11,23
20:21 21:4
21:15,23
23:13,22,24
24:1,4,13
27:8 28:5,7
28:17 33:2
33:8,12,19
34:21 35:14
37:21 39:19
40:6 42:21
44:9,14
45:3,3,24
46:5,8
47:15 48:14
49:24 50:2
50:9,17
51:12 52:3
54:11 55:3
55:18,20,21
55:23 56:1
57:23 58:16
64:10,22
65:7,22
66:1,5,8,24
67:8,16,19
67:20 68:1
68:17 69:18
70:3,10,12
70:13,22,23
72:16 73:1
73:8,11,14
73:18,19,21
74:7,14,15
74:19,21,23
75:11,15
76:3,7,23
77:1,1

78:14 81:5
81:19 82:3
83:8 84:17
85:12 86:5
87:10,19
89:18 90:5
90:22 91:1
91:6
knowing 78:5
knowledge
37:2
known 6:9
52:4
knows 12:18
12:18 74:21

**L**

L-i-n-t-o-n
23:5
Lab 53:24
54:3 56:7
56:14 57:2
58:8,13
63:10,13,14
63:19 64:15
64:23 68:1
68:5
LABOR 2:10
laced 44:15
ladies 34:22
LANE 1:21
Lanell 16:6
Lashay 11:8
lastly 9:6
law 2:4,10
4:23
lawsuit 24:18
65:18
lawsuits
24:23
lawyer 10:5
72:16
laying 46:8
learned 65:2
leave 45:11
57:13 64:21
83:9
leaving 13:18
16:24 65:8
80:24 81:19
left 15:5
16:16 17:1
18:7,8,8
28:21 50:21

51:14,15,21
52:2,15
64:19 68:12
76:3,15
82:10 84:16
length 37:10
58:12,23
lengthy 58:15
letter 85:21
liaison 27:17
27:22
lieutenant
14:9,14
15:17 19:4
34:5,18
39:13,15,24
41:2,18
42:3 43:4
43:16 47:6
48:15 55:7
55:24 60:21
61:3,5
70:10,11,13
70:14,15
72:12,13
life 42:18,19
44:12 53:15
73:17 74:10
74:15 77:3
Lime 90:4
line 83:23
Linton 22:20
22:21 23:5
Lisinopril
77:12,18
List 30:24
listed 54:1
litigation
4:24
little 12:22
15:3 21:15
21:16 36:8
43:23 52:20
71:12 73:21
live 25:11
lived 25:6
living 41:13
loading 60:4
location
16:10 17:4
22:6,8 57:2
locations 4:9
locker 69:6,8
69:9,12,15

70:1,3,6,17
70:23
long 7:23,24
21:17 22:3
26:6 27:13
28:11 30:2
37:5 47:20
58:14,15,17
58:23,24
66:18
longer 22:1
56:11 58:18
86:15
look 80:9
looked 33:8
51:16
looking 21:7
28:22
lose 51:12
63:21
losing 77:2
lost 63:22
64:9 71:16
lot 15:3 19:1
23:2 75:24
76:23
loudly 7:11
Luther 25:14

**M**

M 1:16 92:11
M-a-u-e-r
72:24
ma'am 90:2
maiden 6:12
6:14
maker 90:6
makeup
75:20
making 36:20
62:20 83:11
male 14:20
81:11
Mango 90:4
Manor 78:11
March 9:18
11:15,16,23
33:22 40:14
44:13 58:2
59:13 60:24
61:13 66:18
marijuana
42:14,18
43:12 44:12

44:16,20
45:1,7,10
45:20,21,24
46:3 50:6
50:10 51:18
53:24 65:23
66:6 74:16
marital 6:17
mark 38:2
79:6
marked 5:3
39:4,5 49:6
49:7 59:23
60:1 62:22
Martin 25:14
Mass 74:1
matter 6:5
50:23 62:10
75:18 82:8
90:24 92:6
Mauer 72:24
72:24
McCluskey
29:24 30:2
30:8
McVech
72:13
MDTs 20:24
mean 9:13
46:5,7 66:2
75:16 91:11
meaning 8:12
10:4 84:18
means 32:15
78:12 92:16
Medical
46:14
medication
50:14 74:12
medications
50:11 77:9
77:16
medicines
77:6
meds 77:5
meet 18:13
18:21
meeting 4:10
87:5
member
65:12
members
10:21,22
memo 81:10

Dawn Kennedy
April 29, 2020

82:4,4,5
84:4 90:12
**memory** 8:16
**Memos** 84:9
**men** 13:11
**mental** 77:21
**mentioned**
12:7 46:13
77:4 78:5
78:14 80:4
86:20
**message** 52:2
52:16 68:13
**messages**
65:8
**met** 18:24
63:1
**Metformin**
77:8,11
**method** 40:4
**midnight**
17:7 22:15
**midnight-t...**
12:15
**mind** 27:9
73:2
**mine** 33:4
**minister** 74:8
78:4
**minutes**
16:13 19:7
21:18,20,21
21:22,24
79:14
**mom** 43:11
**moment**
74:13
**money** 44:4
49:3,10,12
**Monique** 6:8
6:11,11
**month** 71:18
**monthly**
78:13
**months** 23:1
27:18 28:13
34:7,11
44:18,23
74:10
**morale** 74:3
**morning** 6:2
6:3 53:19
56:23 63:5
63:7 81:15

81:15
**Morton** 2:5,6
**move** 24:5,7
68:19,23
82:2,8
**moved** 24:16
81:8,13,17
82:6
**moving** 23:17
24:10

___ **N** ___

**N** 2:2 3:1
92:1
**name** 6:4,6
6:12,14
11:3 12:7
15:18 16:6
18:1,1 23:3
23:20 27:8
32:22,23
36:1 39:20
39:22,23
41:23 49:20
56:6,9,10
70:14 72:20
73:1,2,4
74:14 77:23
80:17
**names** 6:10
70:11
**nape** 37:10
**near** 83:5
**necessary**
35:18 69:7
**neck** 35:8,9
37:10 40:6
40:8
**need** 4:13
7:20,24 9:6
**needed** 29:20
43:5,21
52:22,23
56:23 63:9
67:5
**negative**
42:13 50:7
50:22 54:5
55:15 65:3
65:20 66:2
67:16 68:4
91:2
**never** 17:8
23:23,23

40:5 42:17
42:18 43:14
44:12 46:23
50:10 65:16
66:13 71:7
71:7 74:15
75:7 80:11
83:2,19,21
new 73:2
78:2
newest 36:24
news 74:4,22
**NEWTOWN**
1:21
nice 54:3
night 15:1,2
15:13 16:4
16:5 17:9
18:2 20:5
21:14 22:14
22:16 23:1
34:4 37:1,5
41:4,5,6,7
42:3 43:7
43:21 45:2
45:6 48:24
49:19 52:18
67:13 69:15
69:22,24
81:4 82:23
82:24,24
87:4 88:17
89:10
nights 14:19
22:18 23:2
**NJ** 1:22
nods 7:18
normal 22:1
normally
22:3 35:14
40:6
nose 26:1
**Notary** 1:17
92:11
note 81:22
82:18,20,21
noted 92:4
notes 92:5
notice 1:13
3:15 57:17
61:13
noticed 4:19
12:6 82:18
notified 34:1

**November**
14:2 71:23
71:24,24
72:3
**NUMBER**
3:12
**NY** 1:22

___ **O** ___

**O** 92:1
**O'Shaughn...**
17:24
oath 4:13
8:11,11
objections
5:17
occasion
13:12
**Occasionally**
66:15
occasions
13:4
October 14:2
26:20
offered 35:13
35:16 40:9
office 8:10
24:6,9 33:6
49:23 51:15
51:22 81:17
87:9
officer 4:12
14:18 23:16
27:11 29:17
46:2 72:23
72:23,24
73:2 80:22
officers 14:20
14:22 16:11
21:8,12
22:2 45:9
56:5 65:23
71:14 72:16
72:22 73:11
74:2,7,23
75:1 78:16
81:11
oh 9:8,16
14:17 25:24
26:4,7,7
27:6,7 28:5
28:5 34:6
44:5 45:2
66:23 71:22

76:4 84:20
90:5
oil 35:12,19
35:24 37:4
40:3,11
50:12,14
66:16,18,20
66:23 67:2
67:8 77:13
87:15,16
88:4,9,13
88:19,21
89:2,12,17
89:24 90:3
90:4
oils 37:3
okay 6:24 7:1
7:2,7,16,22
8:14 9:6,12
9:15 10:10
10:14,18
11:12 12:20
15:20 16:2
18:20 23:6
26:4,13,15
26:18 27:2
27:10,13
28:8 29:2
30:5,9 31:8
32:11 33:5
33:13,18
35:4,4,23
36:2,3,10
36:11,21
37:9,17,22
38:14,17,18
38:23 39:1
39:12 40:2
41:1 42:2
43:16 47:18
47:20,22
48:2,7,14
48:19,22,24
49:12,22,22
52:1,13
54:7,9 56:6
56:14 57:7
59:1,21
60:8 61:2,7
61:8 62:1
62:11,16
63:6 70:20
72:8,14,21
73:6,9

78:24 79:4
79:7,12,15
83:11 84:11
84:13,14,15
84:21,21
85:1,17
86:2 87:5
87:18 88:4
88:19 89:4
89:14,18
90:5,11
91:11,20
old 11:5
76:17
**Olney** 23:7
once 22:5
31:11 51:14
64:15 68:14
74:15 88:10
88:11,15
90:24
one-way 17:3
opened 49:14
63:8
**Operations**
29:20 34:4
45:8 82:11
opportunity
75:8,14
76:19
opt 55:9
options 65:4
65:5 91:5
**ORAL** 1:12
order 3:16
44:4 49:3
49:10,12
ordering
60:17
original 91:3
outcome
23:22
outlet 74:6
outside 18:9
23:10 24:18
25:19 27:21
31:5,19
65:18

___ **P** ___

**P** 2:2,2
**P.C** 2:4
**p.m** 41:20
91:23

**Pa** 1:22 4:5
25:10
page 3:3,12
6:24
pension 29:3
29:3 63:22
panel 72:9
64:4,7,9
papers 34:24
78:13,13
37:15,18
44:1
paperwork
3:13 34:20
38:18,20
45:12 53:12
69:10 70:2
75:10 84:7
paraphrasi...
86:21
parking 19:1
part 13:17
14:1 35:6
45:4 48:16
57:8
part-time
78:8
participating
4:9
particular
14:24 15:1
15:2 16:5
23:16 37:1
47:7 54:21
54:23 56:11
67:13 68:11
69:14 88:13
89:17
parties 4:4,21
5:10
partner 16:5
16:5,13
18:11,23
19:10,14
22:13
pass 43:11
passed 27:7
passenger
16:20
pastor 76:24
77:20 78:22
pastor's
77:23
patrol 21:3
29:17,19
75:1
**PBI** 71:12,21
72:5,8

**Pennsylvania**
1:2,9,15,21
2:6,12
pension 29:3
29:3 63:22
64:4,7,9
78:13,13
people 44:19
45:4
perfectly
8:22
perimeter
40:13
period 32:4
55:9
pers 28:9
person 32:22
56:20
**Personal** 28:9
personally
24:22 25:1
65:22 66:1
66:5
personnel
63:16 64:23
**Philadelphia**
1:6,9,15
2:10,12 6:5
25:5,10
57:4 73:24
**Phillips** 25:18
25:19,22
26:3
phone 2:6,13
37:20 41:11
41:12
physical 32:8
physically
24:3
picked 78:8
pictures
36:14 87:21
place 4:14
8:10 71:20
**Plaintiff** 2:7
plan 76:11
planned
76:16 79:5
planning
76:12
plant 67:2
platform
7:12
please 6:6,15

___

Dawn Kennedy
April 29, 2020

6:22 8:21
23:4 60:7
**plenty** 75:1
**point** 24:10
28:2 50:17
64:11,13
**police** 11:1
11:13 26:17
26:18 28:15
31:9 64:16
65:22 68:21
73:24 74:22
**policy** 48:21
**positive**
40:20 42:13
50:7 59:11
65:23 66:2
66:6 70:24
73:16 74:17
78:19 91:2
**possession**
5:7
**possible**
43:10 50:9
**Possibly**
10:24
**Powers** 23:20
**Practically**
45:2
**practice**
56:11,12,13
56:21
**prayed** 53:18
53:18
**prepare** 10:2
10:3
**prepared**
44:16
**Prescreening**
3:13 39:3
**present** 1:17
4:4 11:12
40:23 44:19
45:13,22
72:11
**presented** 5:5
**presenting**
5:4
**pressure**
74:12 77:5
77:13,19
**pretty** 14:17
19:6 45:6
47:20 50:15

55:11 58:14
58:17 79:2
**prevent** 8:16
**previous**
16:14 17:14
**previously**
4:19 10:15
**primary** 56:7
56:9
**print** 82:14
**printed** 82:16
**prior** 5:7
12:21 15:1
31:23 32:2
34:8,11
35:9 37:5
44:13,18,23
66:18 67:4
87:9
**prisoner** 46:3
**prisoners**
45:16,19
**private** 79:20
**Probably**
21:21 37:7
35:5 71:7
**problem** 19:9
**problems**
8:15
**proceedings**
92:3
**process** 28:14
32:8 34:19
55:8,9
80:20
**produced**
10:15,16
**product**
36:24 37:2
37:6 89:11
**products**
36:22 66:21
87:14 89:6
89:7
**professional**
77:21
**Program**
76:14
**promised**
53:2
**prove** 80:10
80:12
**provide**
34:19

**provided**
59:17
**Public** 1:17
92:11
**purpose** 4:24
51:6 75:23
**pursuant**
1:13 4:5
**put** 13:20,22
15:11,24
17:5 18:3
24:5 36:6
37:15 82:2
82:4,4,21
82:22,24
87:14 88:5
88:14
**putting** 67:11
67:12

___

**Q**

**question** 5:9
6:21,23 7:2
7:3 8:3
43:10,10,14
66:3 67:15
90:11
**questioning**
5:8 8:6
**questions**
5:17 6:20
8:18 84:22
85:3
**quick** 80:1
**quickly** 79:3

___

**R**

**R** 2:2,11 92:1
**R-e-i-d** 52:12
**r-i-d-d-e-l-l**
6:16
**Race** 63:16
68:15
**radio** 16:14
17:3 22:8
**raining** 17:8
**random**
31:11 33:23
**Ransom**
67:19 68:4
70:10 81:16
84:5
**reach** 19:21
55:7 65:3

**reached** 33:8
65:7 82:9
**reading** 5:15
76:20
**really** 7:4,10
37:24 50:17
53:13 74:8
79:3,24
83:21
**reapplied**
28:12
**reapplying**
28:14
**reason** 8:1
22:13 65:14
68:20
**recall** 8:23
31:22 32:2
34:16 37:10
38:20 41:18
44:18,22
45:21 48:12
48:15 58:12
59:10 61:16
61:18 65:24
80:7 85:15
85:23 89:15
89:16
**receive** 20:12
30:13 75:21
**received**
30:16 64:15
**receiving**
13:5 30:18
78:18
**reconfirma...**
43:6 44:4,9
47:5 48:9
48:18,21
49:2,11
50:4 53:9
55:1,10
77:11 87:8
90:13,20
**record** 6:7,15
7:15,17,20
8:5 11:23
39:9 79:13
87:20
**recorded**
4:18
**recorder**
16:9
**recording**

4:20
**refer** 33:6
**referral**
53:23 54:2
56:23 63:9
**referrals**
56:14
**referred**
32:18,21
**referring**
47:14
**regarding** 5:8
31:6 47:4
48:23 59:11
84:8
**regardless**
45:7 74:22
**regular** 90:9
**Reid** 52:9,11
52:13 70:7
70:22
**reinstatem...**
32:1
**relation**
90:17
**relevant** 6:20
**remember**
8:23 9:2,7
13:23,24
21:14,17
26:21 27:4
27:12 28:5
28:6,7,11
30:3 31:20
32:10 35:6
39:19,22,23
42:21 57:2
59:10 71:21
72:1,8,11
72:20 73:1
80:16,17
83:14 89:24
**remote** 4:9
**remotely**
4:15
**repeat** 7:14
**rephrase**
6:23 9:9
**report** 3:16
30:20 53:11
62:8,12
**reported** 31:4
**reporter** 1:17
4:7,16 38:9

92:11,19
**reporting**
1:20 4:12
31:3
**reports** 19:12
**represent** 6:4
**representat...**
52:23
**represented**
72:12,15,17
**Representing**
2:7,14
**reprimanded**
80:5
**reproduction**
92:15
**requalify**
28:17
**requested**
36:7,9
**research** 81:7
**reserved** 5:18
**resign** 28:8
63:18 64:2
86:17
**resignation**
28:11
**resigned** 28:1
29:2 30:1
63:17 64:3
64:5,13
68:3,16,18
68:23 77:15
**resolved**
23:21
**respond**
20:23
**responded**
13:15 16:8
**restricted**
27:21
**results** 3:15
11:21 40:20
41:1 54:5
60:4 63:19
64:15 65:2
67:17 68:5
68:8,9 71:1
78:19 86:15
86:22 87:1
87:3,6,11
91:1
**resume** 8:6
**retaliation**

30:20 71:1
76:1
**retest** 48:23
59:20 86:4
86:7,8,13
86:14
**retire** 64:20
**retired** 63:17
**retiring**
76:12
**retrieve** 36:4
**return** 16:18
**returned**
28:15 29:6
29:22 64:14
68:16
**review** 10:4
79:3
**right** 9:20
12:1 19:18
22:5,7,9
24:7 26:3
28:24 38:6
40:1 46:4,6
46:7 49:21
57:12 58:5
59:13,22
62:24 64:10
71:9,18,20
73:9 83:9
85:21 86:5
86:6,11,12
86:17 87:16
91:15,17
**rights** 48:23
65:13,15
**risked** 77:3
**roached** 83:6
**roll** 14:19
15:6,7
**room** 14:20
15:5 29:20
34:4,20,22
45:8 79:19
82:11
**roots** 58:9
**Ross** 74:5
**RPR** 1:16
92:11
**rumors** 76:2

___

**S**

**S** 2:2 3:11
**S-t-r-a-u-s**

72:23
**safe** 22:6
43:22,24
**salon** 26:17
**sample** 35:7
37:9 39:13
40:9,14
42:12 58:13
58:19,19,21
63:14
**samples**
34:19 37:13
**sat** 49:16,23
**saturated**
35:11 67:13
87:24 88:1
88:18
**saved** 76:5
**saw** 21:7 34:5
34:17 90:12
**saying** 15:22
19:11 50:1
50:3,6 51:5
51:18 70:18
**says** 16:20
69:1 90:5
**scalp** 57:12
**scene** 16:12
16:16,18
17:1 18:9
**scened** 18:8
**scheduled**
46:19,21
61:16
**scheduling**
47:1
**school** 25:13
25:15,16,17
25:18
**screen** 21:7
38:13 47:8
47:9,15
59:2 60:10
61:9
**screening**
56:17
**screens** 21:5
**scroll** 38:19
47:21
**scrolling**
38:21 47:23
48:3
**seal** 34:23
**sealing** 5:15

STREHLOW & ASSOCIATES, INC.
(215) 504-4622

Dawn Kennedy
April 29, 2020

searching
33:7
sec 79:16
second 51:6
58:7 62:9
65:19 69:24
75:2,15,22
82:23 86:19
87:13 89:4
section 23:7
48:9,18
see 7:8 21:5
24:9 38:11
38:16 47:11
48:6 59:6
60:12,23
61:14,19
62:17 65:4
87:5
seeing 48:4
49:15
seeking 78:21
seen 43:15
selected 34:2
selling 45:5
send 10:16
21:4 36:15
37:24 38:2
separate 4:9
sergeant
12:10 14:6
14:7,8,14
15:16,16,16
15:18 16:17
17:24 18:22
27:7,7 30:2
30:3 39:19
39:22,24
40:2 41:23
42:21 43:13
43:17 49:18
49:23 50:20
51:23 52:3
52:6,8,9,9
52:13,18
55:2,11,21
61:19 70:7
70:9,21
75:17 82:18
83:11,13,14
86:10
sergeants
12:10 15:15
81:3

series 6:19
71:9
service 1:20
4:12 28:18
43:19
Services
46:14
SERVING
1:22
seven 14:21
54:14,15,19
81:14
seventeenth
76:14
sexual 13:10
14:23 72:6
sexually
23:14
share 47:8
79:1
shared 38:13
47:9 59:2
60:10 61:9
ShareScreen
38:10
Shaun 14:8
18:22 83:13
shell 18:10
shift 12:15
29:14 81:8
81:14,24
82:7,13
shooting 16:7
shootings
22:23
shop 26:8
short 22:16
37:12,12
58:15
shoulder
58:23
show 44:2,6
51:1 52:19
showed 50:7
50:14,14
79:5
showing 50:5
59:4
shut 17:17
sick 41:6
69:23 80:5
80:11,11
81:20,21
82:14,17,18

82:19,21
83:4,5 84:8
side 16:19
sign 51:2
53:12 55:5
62:9 75:10
91:4
signature
38:23 59:8
60:14 61:11
61:19
signed 34:23
37:15,18
44:1 69:10
70:2 90:12
signing 5:15
59:10
single 6:18
20:5
sit 16:24 51:8
sitting 50:20
situation
23:21 56:18
six 27:18
28:13 54:14
54:15,19
six-month
27:21
six/seven
32:3
skip 82:23
slipped 27:8
slipping
70:11 73:2
slowly 38:19
small 47:15
smell 42:19
smoke 66:10
smoked
42:18 44:12
50:10 74:16
smoking
43:12 44:24
45:5
solo 13:12
22:18
somebody
13:16 43:11
son 10:24
11:17 12:3
40:23 41:14
42:4,5,6
43:8,17
69:17

son's 11:3
soon 63:8
88:23
sorry 9:14
18:15,17
22:11 25:24
26:4 30:7
32:20 35:21
36:8 39:18
46:20,24
49:4 51:23
63:2 66:23
88:8
sound 12:1
28:24
sounds 7:19
South 2:5
speak 7:10,11
10:20 13:7
19:3 20:8
54:16 64:3
64:6 77:21
speaking
40:22 77:20
83:14
specific 12:24
22:17
spell 6:15
15:18 23:4
52:11
spiritual 74:8
spoke 54:11
spoken 64:12
spot 57:13
squad 12:13
12:14 23:14
24:5 29:11
29:11,12
69:4 81:2,5
84:2
Squads 29:12
29:14
squeezed
24:3
stand 18:9
42:19
standing
17:15
start 83:4
started 11:2
15:10 17:22
19:16,18
50:13 71:17
74:1

state 6:6
76:24
states 1:1
25:6
stating 82:5
status 6:17
stay 18:10
83:10,24
stayed 77:18
staying 11:17
STENOGR...
4:2 79:10
stenographic
92:5
stipulated 4:3
5:2
stop 13:12,13
15:23 20:21
22:4 84:22
stopped 22:6
stops 21:23
stories 76:2
straight
63:12,13
Straus 72:23
72:24
street 1:14
2:12 17:3,6
18:6 19:8
22:22 23:3
25:9 29:17
52:19 78:3
Strehlow
1:20 4:11
strongly 71:4
stuff 36:15
submit 14:3
31:13 32:6
34:22 84:4
submitted
14:5 63:14
85:19
Sue 85:21
sued 24:19
suggested
84:5
SUITE 1:21
Sunday 57:22
supervision
92:18
supervisor
13:5,6,15
15:5,8,13
18:13,19,22

18:23 20:22
21:10 27:6
29:23,24
83:17
supervisors
20:1,5 27:5
74:24 81:3
supposedly
70:16,23
sure 7:23
11:15 14:12
17:24 36:20
37:24 53:24
61:20 62:20
73:9 79:4,5
80:1
suspect 44:24
switched 67:6
84:1 88:15
sworn 4:15
5:21

T
T 3:11 92:1,1
T's 14:9
take 7:23,24
8:5 11:19
35:13,14,16
40:4 43:7
43:21 44:4
50:19,21
51:3,9 53:6
53:8,10,21
55:3,9
57:21 68:20
75:22 77:6
77:8
taken 1:12
9:24 24:2
37:11 40:5
40:6 54:1
58:13,19
75:4,16
76:18 77:3
81:5 86:14
92:5
takes 34:20
talk 14:23
18:18 41:8
87:9
talked 10:5
16:22 20:16
31:1 52:20
66:16 68:7

68:10 71:3
76:23 81:18
talking 11:14
11:15,20
15:14 23:11
63:6
talks 59:16
tech 25:16,17
technically
91:12
technician
54:3 57:7
Technology
60:9
tell 7:5 51:17
56:15,17,24
70:4 73:15
73:21 87:2
89:5,11
telling 39:12
40:2 89:16
ten 14:22
31:18 59:19
59:21 90:14
ten-day 90:16
terminated
86:17
test 3:13,15
11:21 31:6
31:12,13,14
31:19,21,22
31:23 32:2
32:8 33:3
33:21,23
34:11 35:2
37:5 39:21
40:16,20
41:9 42:10
42:17 43:6
44:4,9,11
44:13,19
47:5 49:2
49:11 50:2
50:5,7,20
50:22,24
51:4,6,7
52:24 53:6
53:8,9,21
53:21 55:1
55:10 56:19
56:24 57:19
58:2,7
59:11 62:10
63:24 65:20

66:6,18
68:2,8,12
70:24 71:8
73:16 74:17
75:16,16,19
75:20,22
87:8,10,11
88:12,20,23
89:10 90:13
90:20
tested 31:10
42:13 65:23
66:1
testified 5:21
testify 12:23
71:15
testing 47:5
48:10 56:2
68:14 73:13
88:18
tests 31:15
54:1 57:5
thank 23:8
36:16 70:20
91:19,20
thick 89:3
thigh 24:3
thing 20:3
24:1,4
56:22 66:24
76:4,6
82:10 86:20
91:3
things 69:6
71:9,17
85:5 87:24
think 14:12
16:14 26:14
29:8 32:17
39:17 41:23
48:20 53:14
65:5,10
66:21 70:24
72:17 79:22
85:18 86:9
third 74:24
75:3 82:24
Thirty-fifth
12:12
thought
17:13 24:1
33:16 47:1
thoughts
42:15

STREHLOW & ASSOCIATES, INC.
(215) 504-4622

Dawn Kennedy
April 29, 2020

three 12:13
12:14 15:15
21:20,21
23:15 29:11
44:23 45:18
70:1 71:14
72:15 73:11
79:14 81:12
82:19,20,22
83:2
three/four
78:18
threw 55:13
throat 26:2
Thursday
50:19 51:10
63:6
Tiffany 2:11
6:4 36:13
79:11,22
87:20 89:19
tiffany.r.all...
2:13
till 26:7 53:3
55:5 68:9
time 5:18
9:12,17
11:18 27:5
27:11 28:21
29:2 30:1,2
31:23 32:9
36:23 38:9
39:5,8
40:15 41:13
41:18 42:15
44:22 49:7
51:9 52:4
52:10 53:14
54:17 60:1
62:21 64:13
64:20 68:9
70:7,16
72:2 76:11
76:17 79:18
80:5,11,12
81:20,21
82:12,14,17
83:5 86:13
86:16 87:2
88:12,20
90:20 91:22
times 7:13
23:15 31:9
54:14,15,16

54:19,22
tired 15:3
today 6:21
7:9 8:16
24:19 31:20
32:12 57:17
today's 10:2
told 11:21
15:8 16:17
16:24 17:12
17:17 19:2
34:9 35:11
35:17 41:3
41:7 42:9
44:2,5
46:13 49:1
50:8 52:20
52:22 54:17
54:24 55:3
55:14 56:16
56:23 63:8
64:23,24
66:1 68:4
68:11,18
69:3,7 70:9
70:21 71:16
75:17 86:21
90:13,24
tonight 69:4
top 60:23
90:6
total 28:13
touch 45:24
46:1,2,10
touched
23:15 24:2
24:3 88:21
touching 24:1
45:21
tour 82:3
traffic 45:16
training
30:13,16,18
transcribing
7:9
transcript
92:7,14
transferred
27:15
transpired
13:20
treated 75:7
75:13
trial 5:18

tried 17:17
33:9 70:8
true 51:13,20
trusted 20:1
try 13:16
24:6 26:10
54:13 65:3
trying 26:10
65:8
Tuesday
40:17 44:7
51:2,10
53:12 55:5
62:1,8
68:24 75:10
twelve 29:16
51:19
twenty 76:16
Twenty-nine
11:6
twice 24:3
88:10,11
two 14:9
21:12,20,22
29:11,12,14
29:16,16
37:8 49:16
49:16 57:4
66:19 67:9
69:22 71:19
78:8 81:11
82:22
two/three
21:24
type 57:13
83:16 89:2
typed 7:1

U

Uh 79:24
uh-huh 7:19
15:21 70:21
72:19
uh-uh 7:19
unauthorized
4:22
understand
6:22 7:6
9:4 16:21
17:11 26:9
28:1 55:20
69:12 74:17
81:16
understand...

8:17 30:19
30:22
understood
7:3 17:13
90:19 91:10
unexpected
74:9 81:10
unfairly 75:7
75:12
Union 20:7
53:5 65:12
72:18
unit 2:10
55:19 56:4
73:13 75:3
UNITED 1:1
Universal
78:11
untreated
75:12
untreated[sic
74:20
uploaded
62:14
upset 18:12
19:2 89:15
urine 32:9
34:12,13,22
37:16 42:12
50:7 54:6
74:18
use 40:11
66:23 82:14
88:9 89:2
90:8
usually 14:22
39:20,21
ut 76:9

V

vehicle 22:5
22:23
verbal 7:20
video 1:13
2:5,11 3:4
4:6,10,17
5:12 7:11
10:8 84:24
videotaped
4:19
violation 4:23
vs 1:5
vulgar 15:3

W

wait 55:4
waited 15:5
49:16 51:21
52:14,21
81:15
waiting 55:8
waived 5:16
walked 16:19
17:6,9,10
34:5,17
43:11 80:23
want 9:7,9
20:3 63:2
63:20 69:1
71:22,22,22
76:4 78:24
80:1 83:19
wanted 17:14
20:23 44:3
53:11 56:19
64:24 66:3
69:5 76:13
79:4 81:19
83:21 85:17
86:2 90:21
90:22
wants 8:21
warning
76:10
wasn't 13:6
26:16,16
34:3 35:18
52:17 57:20
58:15 63:23
67:4 69:7
73:19 74:18
75:18 76:12
80:10,12
82:3,6
88:14
watch 46:3
watching
74:21
way 22:10
58:21 64:23
75:2
weapon
28:18 43:7
43:19,22
wear 57:20
Wearing 58:1
Wednesday
1:9 63:6

week 37:7
40:17 54:5
66:19 67:9
68:10 78:9
88:10,11
weeks 29:16
29:16
WEISBERG
2:4
welcome 23:9
went 10:6
15:6,8
16:18 18:12
18:15,17,21
20:9,9
24:12 25:16
25:18 26:17
29:8,8 41:6
42:5,7 43:8
43:22 47:3
49:12,13,23
53:17,23,23
54:2 56:7
57:3 58:7
60:20 61:23
63:1,12,16
68:2,11,15
68:15 69:14
69:17,23
71:11 81:3
81:17 82:10
87:11 90:21
weren't 84:1
Wharton
78:3
wife 11:11,17
12:4 40:23
41:14
Wild 35:20
35:22,23
36:5 67:6,8
88:3,16,17
Williams
41:24 42:22
43:17 49:20
49:21,23
50:20 55:3
55:11,21
75:17 86:10
Williams'
61:19
willing 63:23
wind 23:16
24:10 80:14

window
16:19 90:17
witness 3:3
4:8,13,15
5:4,6,8
18:16 25:2
36:4,7,9
90:3 91:20
witnesses
4:17 10:23
18:5
word 17:18
17:20 19:17
19:20
words 21:13
42:11
work 13:3
20:4 29:14
34:3 41:4
43:6,20
45:3,20,22
52:19 78:8
80:21 81:8
82:1,1,7
worked 12:12
12:12 22:17
22:20 23:2
26:1 29:19
63:21 77:2
working
13:12,13
16:4,6
26:16 34:4
45:7 69:5
works 41:24
49:19 55:21
55:23 56:4
81:24
worse 20:19
20:20 75:2
worship 78:1
78:2
wouldn't
13:11 50:16
55:14 75:17
83:18
wow 26:7,7
28:5 58:14
wrap 84:23
written 4:21
7:17
wrong 15:22

X

X 3:1,11

Y

Y-e-r-k-e-s
25:9
yeah 10:5
12:21 26:4
30:8 33:19
35:3,24
38:4 39:4
39:23 41:5
46:8 48:20
50:18 58:6
62:18 67:3
67:4 68:1
79:24 85:4
year 13:24
26:18 27:19
28:4 31:11
32:3 76:14
82:15 83:4
years 31:24
73:23 76:16
76:17 88:6
yellow 88:3
88:15
Yerkes 1:14
25:9
Yup 48:6

Z

zeros 51:19
zoom 8:11
38:1,11
47:18 79:19

0

1

1 3:13 39:4,5
10:00 1:16
100 22:20
116 1:21
12:02 91:23
14 26:1 53:8
54:24 55:2
1401 1:14
25:9
14th 2:12
45:14
15 26:20
1515 2:12
18940 1:21
19070 2:6

Dawn Kennedy
April 29, 2020

**3**

**19102** 2:12
**19150** 1:15
25:10
**19th** 32:6
41:24 44:2
49:1,13
54:21 56:2
56:4 61:24
63:1 77:10
**1A** 29:12
**1B** 29:8,10,11
29:12
**1C** 29:13

**2**

**2** 3:14 49:6,7
51:19 62:1
**20** 33:22
40:14 44:13
58:2 66:18
**20-0395** 1:6
**2000** 26:14
**2001** 26:20
26:20 30:11
**2002** 26:23
27:1
**2009** 28:6
**2011** 28:24
**2012** 32:2,5
32:11
**2014** 23:18
23:19 31:3
**2018** 14:1
16:3 20:18
23:11 27:20
31:3 72:3,4
78:15
**2019** 11:24
31:20,24
32:3,12
33:22 44:13
59:13 61:2
62:1 72:5
**2020** 1:9
**215** 1:22 2:13
**2301** 78:3
**231** 4:5
**26** 11:23
59:13 60:24
**27** 61:13
**29** 1:9
**2A** 29:13
**2B** 29:13
**2C** 29:13

**3**

**3** 3:15 59:24
60:1
**30** 51:2 53:13
55:6 62:9
69:11 91:4
91:7,8,11
**35th** 18:24
24:11 27:3
27:13,22
28:19 29:6
29:22
**3861** 41:14
41:16
**39** 3:13
**39th** 24:11,16
45:15

**4**

**4** 3:16 62:13
62:21
**4002** 4:5
**49** 3:14

**5**

**5** 3:4,17
62:14,22
**5,89** 3:7
**504-4622**
1:22
**54** 1:21
**550-8042** 2:6
**5th** 45:17

**6**

**6.5** 3:14
47:13 60:4
**60** 3:15 76:13
76:17
**610** 2:6
**62** 3:16,17
**683-5083**
2:13

**7**

**7** 2:5
**7:00** 41:20

**8**

**8:00** 41:21
**80** 44:4 49:3
**85** 3:8
**8th** 63:16
68:15

**9**

**9-1-1** 21:4