# **Weisberg Law**

*Attorneys & Counselors at Law*
LICENSED IN PA & NJ

**7 South Morton Avenue
Morton, Pennsylvania 19070
Ph: 610.690.0801
Fax: 610.690.0880**

Additional Offices
Philadelphia, Pa
Bala Cynwyd, Pa

*Matthew B. Weisberg*\*^
L. Anthony DiJiacomo~
David A. Berlin^+
Gary Schafkopf^+
Yanna Panagopoulos~+

\*NJ & PA Office Manager
^Licensed in PA & NJ
~Licensed in PA
+Of Counsel

Web-Site: www.weisberglawoffices.com
E-Mail: dberlin@weisberglawoffices.com

*Tuesday, April 13, 2021*

**Via ECF**
District Judge Karen S. Marston

     RE:     <u>Kennedy v. City of Philadelphia</u>
                  United States District Court | Eastern District of Pennsylvania
                  No.: 20-cv-00395-KSM

Your Honor:

     The undersigned represents Plaintiff.

     The parties have conferred and jointly respectfully request the remaining trial deadlines be stayed pending adjudication of the City's pending motion for summary judgment. The stay will serve to preserve the parties' and the Court's resources while the dispositive motion is resolved.

     Plaintiff will very shortly file a sur-reply in support of Plaintiff's response in opposition to Defendant's MSJ.

     Plaintiff further writes to inquire/confirm whether trial is commencing on June 10, 2021, given the presumed backlog of trials and ongoing Covid concerns.

     Plaintiff thanks Your Honor for this Court's consideration.

                                            Sincerely,

                                            /s/ David A. Berlin
                                            DAVID A. BERLIN

DAB/md
Cc:     Kia Ghee, Esq. *(via ECF)*