# Dr. Leo J. Kadehjian

*Biomedical Consulting*

---

| | |
|---|---|
| 765 Chimalus Drive | Tel. (650) 858-0101 |
| Palo Alto, California  94306 | e-mail:  drleo@att.net |

## EDUCATION

| | |
|---|---|
| Harvard University | Chemistry, 9/67 |
| M.I.T. | B.S., Organic Chemistry, 6/72 |
| Stanford University | Ph.D., Biochemistry, 8/77 |

Languages: Fluency in French

Professional society memberships:
- The International Association of Forensic Toxicologists
- Society of Forensic Toxicologists
- California Association of Toxicologists
- Society of Hair Testing
- American Association of Clinical Chemistry
- American Chemical Society

## EXPERIENCE

**Biomedical Consultant**                                                                                  2/89 - present

Established independent biomedical consulting business addressing clinical, scientific, regulatory, legal, and international business aspects of healthcare diagnostics, especially drugs of abuse.  Clients have included a wide variety of major U.S. and international corporations, pharmaceutical, biotechnology, and medical diagnostics companies, the U.S. Federal Courts, the National Judicial College, American University, state and local drug courts and corrections agencies, among others.  Client services have included:

- Extensive lecturing and writing on drugs of abuse testing, covering biomedical, procedural, legislative, regulatory, and legal issues.

- Consulting to private industries and government agencies, including corrections agencies and drug courts, establishing and maintaining drug testing programs.

- Faculty member in substance abuse course at the National Judicial College, teaching neurobiology of addiction, pharmacology of drugs of abuse, and drug testing issues.

- Providing oversight of the U.S. Federal Courts drug testing programs nationwide.

- Providing live televised broadcasts for the Federal Judicial Center on the neurobiology of addiction, pharmacology of drugs of abuse, and drug testing issues.

- Providing expert testimony in domestic and international drug testing cases and labor arbitration.

- Giving Grand Rounds medical presentation on liver disease diagnosis, and lecturing on drug utilization in mental health.

Providing editorial comments for weekly medical bulletin.

Developing and producing international medical marketing support materials for drugs of abuse testing, and transplantation therapeutic products.

Consulting on scientific presentation for biotechnology educational and marketing programs.

Performing laboratory inspections.

## Syva Company, Palo Alto, CA                                                                                         1/82 - 2/89

### Manager, International Medical Affairs

Corporate liaison to international and domestic medical communities, identifying new diagnostic opportunities and leading them through strategic planning, product development, clinical trials, marketing, and sales functions.

Worldwide clinical and diagnostic lecturing, earning an Outstanding Speaker recognition from the American Association of Clinical Chemistry.

### Manager, International Marketing

Full strategic planning, new business development, marketing, and product management responsibilities for therapeutic drug monitoring diagnostics with $10 million in international sales. Global scope included Europe, Australia, Japan, Southeast Asia, the Soviet Union, and mainland China.

Full marketing and product management responsibilities for novel, rapid microbiology diagnostics. Grew international sales to $2 million in launch year.

Defined and prioritized international sales and marketing opportunities for novel non-instrumented diagnostic technology aimed at the physician office and self-testing markets.

Coordinated joint promotional programs and distribution agreements with pharmaceutical and diagnostics suppliers worldwide.

Served as technical liaison to the international medical community, lecturing at major international medical conferences and organizing symposia.

## IBM Research, San Jose, CA.                                                                                              8/77 - 1/82

### Research Scientist

Internal scientific consultant from central research to all domestic production operations on molecular, biological, and functional issues.

Developed novel functional organic materials while obviating biological toxicity issues in manufacturing and customer environments, leading to 5 patent disclosures.

Managed staff of three research associates.