IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DAWN KENNEDY**,<br><br>    Plaintiff,<br><br>    *v.*<br><br>**CITY OF PHILADELPHIA**,<br><br>    Defendant. | **CIVIL ACTION**<br><br>**NO. 20-0395-KSM** |

## ORDER

**AND NOW**, this 1st day of March, 2022, upon consideration of Defendant's Motion for Summary Judgment (Doc. No. 34), Plaintiff's Response in Opposition to Defendant's Motion for Summary Judgment (Doc. No. 35), Defendant's Reply to Plaintiff's Opposition to Defendant's Motion for Summary Judgment (Doc. No. 38), and Plaintiff's Sur-Reply in Support of Plaintiff's Response in Opposition to Defendant's Motion for Summary Judgment (Doc. No. 42), and following oral argument, it is **ORDERED** as follows:

1. Defendant's Motion for Summary Judgment is **GRANTED**.

2. The Clerk of Court is **DIRECTED** to mark this case **CLOSED**.

**IT IS SO ORDERED.**

/s/ *Karen Spencer Marston*
_____
KAREN SPENCER MARSTON, J.